IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING COMPANY,<br>INC.<br><br>     Plaintiffs,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORP.,<br>f/k/a BANKBOSTON CORP.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action File No._____<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MARTHA R. FRANCIS

Martha R Francis, after being duly sworn, states and deposes.

1    I am over 18 years of age and am otherwise competent to give this affidavit which I make on personal knowledge unless otherwise specifically stated herein

2    I am an Assistant Corporate Secretary in Bank of America Corporation's Legal Department and, as set forth below, from my personal review of corporate records in the custody of Bank of America Corporation and my personal actions, I have personal knowledge of the facts stated herein

3    On February 9, 2005, I first saw a copy of Plaintiffs' Complaint in this action. The entity that appeared to be identified as Defendant in the Complaint and that is identified in many of the documents contained as Exhibit A to the Complaint is a corporation that was organized and existed under the laws of the state of Delaware under the name FleetBoston Financial Corporation (hereinafter referred to as "FBC(Del)")

4       I know FBC(Del) to be a "placeholder corporation " In other words, while the entity was organized under Delaware law and registered in multiple states, including Georgia, the entity never transacted any banking business or held assets of any significant value  Contrary to the caption of Plaintiffs' Complaint, FBC(Del) is not the successor to BankBoston Corporation  Most important, FBC(Del) never held the assets of or ever was the successor in any way to the Fidelity Acceptance Corporation

5       FBC(Del) was legally dissolved in the state of Delaware on July 13, 2004   A true and correct copy of the certified Certificate of Dissolution is attached hereto as Exhibit 1

6       I am personally familiar with the application for withdrawal of FBC(Del)'s registration in Georgia   Attached hereto as Exhibit 2 (and in the same form included within Exhibit A to Plaintiffs' Complaint) are true and correct copies of FBC(Del)'s application for withdrawal of registration filed on July 21, 2004 with the Georgia Secretary of State and the Certificate of Withdrawal issued by the Georgia Secretary of State effective July 21, 2004   I am the "Rebecca Francis" identified in the application for withdrawal.  My address for receipt of process is identified correctly on the application for withdrawal as "Bank of America, 50 Kennedy Plaza, 16th Floor, Providence, RI 02903 "

7       For approximately 12 years prior to my employment by Bank of America, I was employed in Fleet National Bank's Legal Department  My duties and responsibilities caused me to have knowledge of the activities of FBC(Del) and its status as a "placeholder corporation " I know that from its inception in 1999 through July 13, 2004, FBC(Del) never actively engaged in the business of banking and never transacted business in Georgia  Moreover, I am certain that after its dissolution on July 13, 2004, FBC(Del) has not transacted business in any state

2

8      I have been and am the person responsible for receiving service of process of legal papers upon FBC(Del)   To the best of my knowledge and after a diligent search, FBC(Del) never received service of Plaintiffs' Complaint or any discovery requests

9      The first time I became aware of Plaintiffs' lawsuit (but not Plaintiffs' Complaint) was when I received a mailing from the chambers of Judge Bensonetta Tipton Lane of the Fulton Superior Court enclosing copies of a January 28, 2005 default judgment and a February 2, 2005 Order signed by Judge Lane vacating the January 28, 2005 judgment   The envelope in which the documents were received was saved and a true and correct copy is attached hereto as Exhibit 3

10     I did not receive a copy of Plaintiffs' Complaint until February 9, 2005


FURTHER AFFIANT SAYETH NOT


Martha R  Francis

Sworn to and subscribed
before me this _10th_ day
of _February_, 2005

Notary Public

My Commission Expires **ANITA MARUFFI**
_12-20-08_         **NOTARY PUBLIC**
(AFFIX NOTARIAL SEAL) MY COMMISSION EXPIRES JULY 20, 2008

394507_1 DOC

3

# EXHIBIT 1



PAGE  1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "FLEETBOSTON FINANCIAL CORPORATION", FILED IN THIS OFFICE ON THE THIRTEENTH DAY OF JULY, A.D. 2004, AT 1:25 O'CLOCK P M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



3032309   8100

040512470

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 3232856

DATE. 07-14-04

State of Delaware
Secretary of State
Division of Corporations
Delivered 01 51 PM 07/13/2004
FILED 01 25 PM 07/13/2004
SRV 040512470 - 3092309 FILE

CERTIFICATE OF DISSOLUTION

OF

FleetBoston Financial Corporation

FLEETBOSTON FINANCIAL CORPORATION a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY

FIRST.   That dissolution was authorized on July 12th, 2004.

SECOND   That dissolution has been authorized by all of the stockholders of the corporation entitled to vote on a dissolution in accordance with the provisions of subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

THIRD:   That the names and addresses of the Directors and Officers of FleetBoston Financial Corporation are as follows:

## D I R E C T O R S

| NAMES | RESIDENCES |
|---|---|
| Victor A. Duva | 847 Hillbrook Lane<br>Langhorne, PA  19047 |
| Kenneth J. Uva | 111 Eighth Avenue<br>New York, NY 10011 |
| C. M. Denny | 137 Deer Run Road<br>Wilmington, DE 19734 |

O F F I C E R S

| NAMES AND OFFICES | RESIDENCES |
|---|---|
| VICTOR A. DUVA - President | 847 Hillbrook Lane<br>Langhorne, PA  19047 |
| Kenneth J. Uva - Vice President, Secy.<br>& Asst. Treasurer | 111 Eighth Avenue<br>New York, NY 10011 |
| C. M  DENNY - Vice President, Treasurer<br>& Asst. Secretary | 137 Deer Run Road<br>Townsend, DE  19734 |

IN   WITNESS   WHEREOF,   said   FLEETBOSTON   FINANCIAL

CORPORATION has caused this certificate to be signed by VICTOR A.

DUVA its President this 13th day of July, 2004

FleetBoston Financial Corporation

By _____
VICTOR A. DUVA
President

# EXHIBIT 2



**Cathy Cox**
Secretary of State

CORPORATIONS DIVISION
Suite 315 West Tower
2 Martin Luther King Jr Dr
Atlanta, Georgia 30334-1530
(404) 656-2817

CT CORPORATION SYSTEM
JENNIFER SCHWARTZ
1209 ORANGE ST
WILMINGTON,   DE   19801

Docket Number    :  041890774
Control Number   :  K919525
Date Filed       :  05/11/1999
Jurisdiction     :  DELAWARE
Amount Due       :  $20.00
Print Date       :  07/07/2004
Form Number      :  238

## APPLICATION FOR WITHDRAWAL
### OF

### FLEETBOSTON FINANCIAL CORPORATION
### A FOREIGN PROFIT CORPORATION

The above named corporation is not transacting business in Georgia and hereby
surrenders its authority to transact business in this state.  The corporation
revokes the authority of its registered agent and consents that service of process
may be made on said corporation by service upon the Secretary of State.  The
address listed below is the street address where the corporation may be served
legal process.  The corporation also acknowledges its legal obligation to notify
the Secretary of State of any change in mailing address.

Complete and return all copies of this form with a check made payable to the
Secretary of State for the amount due above which represents the filing fee and
(if due) the annual fees.


LEGAL SERVICE ADDRESS:

Rebecca Francis

Bank of America

50 Kennedy Plaza, 16th Floor Providence, RI 02903

Signature of Corporate Officer       Date

7/15/04

CORPORATION DIVISION   2004 JUL 21  P 2 33   SECRETARY OF STATE

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| FLEETBOSTON FINANCIAL CORPORATION | 1209 N ORANGE ST | WILMINGTON | DE | 198011120 |

# Secretary of State

## Corporations Division
## 315 West Tower
## #2 Martin Luther King, Jr. Dr.
## Atlanta, Georgia 30334-1530

```
DOCKET NUMBER   : 042080698
CONTROL NUMBER  : K919525
DATE AUTHORIZED : 05/11/1999
JURISDICTION    : DELAWARE
EFFECTIVE DATE  : 07/21/2004
REFERENCE       : 0077
PRINT DATE      : 07/26/2004
FORM NUMBER       127
```

```
C T CORPORATION SYSTEM
RUDENE REMBERT
1201 PEACHTREE STREET, NE
ATLANTA, GA  30361
```

### CERTIFICATE OF WITHDRAWAL

I, Cathy Cox, the Secretary of State and Corporations Commissioner of the State of Georgia, do hereby certify under the seal of my office that

### FLEETBOSTON FINANCIAL CORPORATION
### A FOREIGN PROFIT CORPORATION

incorporated under the laws of the jurisdiction stated  above  and authorized  to transact  business in  Georgia on  the date  stated above,  has filed an application for withdrawal in the  Office of the  Secretary of State and has paid the required fees pursuant to Title 14 of the Official Code of Georgia Annotated and  the  Rules and   Regulations promulgated thereunder.   Therefore, the authority of   said corporation  to transact  business in  Georgia is  hereby terminated.   Attached hereto is a  true and correct copy  of said application.

WITNESS my hand and official seal in the City of Atlanta  and  the State of Georgia on the date set forth above.



Cathy Cox
Secretary of State

# EXHIBIT 3



First Class Mail

Chambers of
*Judge Bensonetta Tipton Lane*
Superior Court of Fulton County
185 Central Avenue, S.W., Suite T 1955
Atlanta, Georgia 30101

FleetBoston Financial Corporation
c/o Mr M.A. Ferrucci CEO
50 Kennedy Plaza 16th Floor
Providence RI 02903

$ 01 06°
00043/8 11/   FEB 03 2005
MAILED FROM ZIP CODE 30303