IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and <br> T. L. WARE BOTTLING <br> COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FLEETBOSTON FINANCIAL <br> CORP., <br> f/k/a BANKBOSTON CORP., <br><br> Defendant. | Civil Action File <br> No._____ |

## NOTICE TO PLAINTIFFS OF REMOVAL OF CIVIL ACTION

You are hereby notified that the sole named defendant in the above-referenced civil action, FleetBoston Financial Corporation, has filed on February 15, 2005, the Notice of Removal of Civil Action, a copy of which is attached hereto as Exhibit 1, in the United States District Court for the Northern District of Georgia, Atlanta Division, thereby removing the case to that Court.

FleetBoston Financial Corporation makes this notice by special appearance while preserving all defenses and objections, including but not limited to, lack of personal jurisdiction and insufficient service of process.

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: _____
William J. Holley, II
Georgia Bar No. 362310
Nancy H. Baughan
Georgia Bar No. 042575
Michael D. Grider
Georgia Bar No. 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)    Attorneys for FleetBoston Financial Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO PLAINTIFFS OF REMOVAL OF CIVIL ACTION** upon all parties to this matter by causing to be deposited in the U S Mail, proper postage prepaid, a true copy of same addressed as follows:

>   Michael R Johnson, Sr **(also served via courier)**
>   Johnson & Associates, P C
>   340 West Peachtree Street, N E
>   Suite 200
>   Atlanta, Georgia 30308
>
>   Dr. Tony L. Ware, PhD, JD
>   Post Office Box 150524 - Dept 0227
>   Atlanta, Georgia 30315

This 15th day of February, 2005.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　William Y. Holley, II

394419_1 DOC

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING<br>COMPANY, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>FLEETBOSTON FINANCIAL<br>CORP.,<br>f/k/a BANKBOSTON CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action File No. 2004-CV 94553<br>) Judge Bensonetta Tipton Lane<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO STATE COURT CLERK
## OF REMOVAL OF CIVIL ACTION

FleetBoston Financial Corporation, the sole named defendant in the above-styled action, hereby notifies the Clerk of the Superior Court of Fulton County, State of Georgia, that it has filed a Notice of Removal, attached hereto as Exhibit 1, removing this action from the Superior Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

FleetBoston Financial Corporation makes this notice by special appearance while preserving all defenses and objections, including but not limited to, lack of personal jurisdiction and insufficient service of process

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

By. _____
William J. Holley, II
Georgia Bar No. 362310
Nancy H. Baughan
Georgia Bar No. 042575
Michael D. Grider
Georgia Bar No. 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)   Attorneys for FleetBoston Financial Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO STATE COURT CLERK OF REMOVAL OF CIVIL ACTION** upon all parties to this matter by causing to be deposited in the U.S. Mail, proper postage prepaid, a true copy of same addressed as follows:

>Michael R. Johnson, Sr. **(also served via courier)**
>Johnson & Associates, P.C.
>340 West Peachtree Street, N.E.
>Suite 200
>Atlanta, Georgia 30308
>
>Dr. Tony L. Ware, PhD, JD
>Post Office Box 150524 - Dept. 0227
>Atlanta, Georgia 30315

This _15th_ day of February, 2005.

William J. Holley, II

394409_1.DOC

IN THE COURT OF APPEALS
FOR THE STATE OF GEORGIA

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING<br>COMPANY, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>FLEETBOSTON FINANCIAL<br>CORP.,<br>f/k/a BANKBOSTON CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action File No. 2004-CV 94553<br>) Judge Bensonetta Tipton Lane<br>)<br>) Court of Appeals<br>) Case No.:<br>)<br>)<br>) |

## NOTICE TO THE COURT OF APPEALS FOR THE STATE OF GEORGIA OF REMOVAL OF CIVIL ACTION

FleetBoston Financial Corporation, the sole named defendant in the above-styled action, hereby notifies the Clerk for the Court of Appeals for the State of Georgia that it has filed a Notice of Removal, attached hereto as Exhibit 1, removing this action from the Superior Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. From its review of the Superior Court record, Fleet Boston Corporation states its belief that Plaintiff Tony L. Ware, CEO filed a Notice of Appeal to the Supreme Court of Georgia on February 8, 2005 (copy attached as Exhibit 2), but has not served FleetBoston Corporation with the Notice of Appeal and has not paid costs in the Superior Court

FleetBoston Financial Corporation makes this notice by special appearance while preserving all defenses and objections, including but not limited to, lack of personal jurisdiction and insufficient service of process.

        Respectfully submitted,

        **PARKER, HUDSON, RAINER & DOBBS LLP**

By: _____
      William J. Holley, II
      Georgia Bar No. 362310
      Nancy H. Baughan
      Georgia Bar No. 042575
      Michael D. Grider
      Georgia Bar No. 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)    Attorneys for FleetBoston Financial Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO THE COURT OF APPEALS FOR THE STATE OF GEORGIA OF REMOVAL OF CIVIL ACTION** upon all parties to this matter by causing to be deposited in the U S. Mail, proper postage prepaid. a true copy of same addressed as follows:

>Michael R. Johnson, Sr. **(also served via courier)**
>Johnson & Associates, P.C.
>340 West Peachtree Street, N.E
>Suite 200
>Atlanta, Georgia 30308
>
>Dr. Tony L. Ware, PhD. JD
>Post Office Box 150524 - Dept. 0227
>Atlanta, Georgia 30315

This _15TH_ day of February, 2005.

                                         William J. Holley, II

# IN THE SUPREME COURT OF GEORGIA

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING<br>COMPANY, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>FLEETBOSTON FINANCIAL<br>CORP.,<br>f/k/a BANKBOSTON CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Superior Court<br>) Civil Action File No. 2004-CV 94553<br>) Judge Bensonetta Tipton Lane<br>)<br>) Supreme Court<br>) Case No.:<br>)<br>)<br>)<br>) |

## NOTICE TO SUPREME COURT OF GEORGIA OF REMOVAL OF CIVIL ACTION

FleetBoston Financial Corporation. the sole named defendant in the above-styled action, hereby notifies the Clerk of the Supreme Court of Georgia that it has filed a Notice of Removal, attached hereto as Exhibit 1, removing this action from the Superior Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. From its review of the Superior Court record, Fleet Boston Corporation states its belief that Plaintiff Tony L. Ware, CEO filed a Notice of Appeal to this Court on February 8, 2005 (copy attached as Exhibit 2), but has not served FleetBoston Corporation with the Notice of Appeal and has not paid costs in the Superior Court

FleetBoston Financial Corporation makes this notice by special appearance while preserving all defenses and objections. including but not limited to, lack of personal jurisdiction and insufficient service of process

Respectfully submitted.

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: _____
William J Holley, II
Georgia Bar No 362310
Nancy H. Baughan
Georgia Bar No. 042575
Michael D Grider
Georgia Bar No 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)   Attorneys for FleetBoston Financial Corporation

2

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO SUPREME COURT OF GEORGIA OF REMOVAL OF CIVIL ACTION** upon all parties to this matter by causing to be deposited in the U S Mail, proper postage prepaid, a true copy of same addressed as follows

>Michael R. Johnson, Sr. **(also served via courier)**
>Johnson & Associates, P.C
>340 West Peachtree Street, N E
>Suite 200
>Atlanta, Georgia 30308
>
>Dr. Tony L. Ware. PhD, JD
>Post Office Box 150524 - Dept. 0227
>Atlanta, Georgia 30315

This _15th_ day of February, 2005.

_____
William J Holley, II

304968