ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and <br> T. L. WARE BOTTLING <br> COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FLEETBOSTON FINANCIAL <br> CORP., <br> f/k/a BANKBOSTON CORP., <br><br> Defendant. | Civil Action File <br> No. 1-05-CV-0426-MHS |

## NOTICE TO PLAINTIFFS OF
## REMOVAL OF CIVIL ACTION

You are hereby notified that the sole named defendant in the above-referenced civil action, FleetBoston Financial Corporation, has filed on February 15, 2005, the Notice of Removal of Civil Action, a copy of which is attached hereto as Exhibit 1, in the United States District Court for the Northern District of Georgia, Atlanta Division, thereby removing the case to that Court.

FleetBoston Financial Corporation makes this notice by special appearance while preserving all defenses and objections, including but not limited to, lack of personal jurisdiction and insufficient service of process.

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: _____
William J. Holley, N
Georgia Bar No. 362310
Nancy H. Baughan
Georgia Bar No. 042575
Michael D. Grider
Georgia Bar No. 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)      Attorneys for FleetBoston Financial Corporation