FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

FEB 22 2005

LUTHER D. THOMAS, Clerk
By: ⎯⎯⎯⎯⎯
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY L. WARE, CEO and          )
T. L. WARE BOTTLING COMPANY,   )
INC.                           )
                               )
            Plaintiffs,        )
                               )
v.                             ) Civil Action
                               ) File No. 1:05-CV-0426MHS
FLEETBOSTON FINANCIAL CORP.,   )
f/k/a BANKBOSTON CORP.,        )
                               )
            Defendant.         )
                               )
                               )
_____)

## APPENDIX IN SUPPORT OF
## DEFENDANT'S RULE 12 AND RULE 60 MOTIONS

Exhibit A    Certified copies of the pleadings filed in *Tony L.
             Ware   v.   Fidelity   Acceptance,   Corp.,   Fidelity
             Financial Services, Inc., Admiral Life Insurance
             Company, and Martin L. Lane, Manager,* Civil Action
             File No. E32381 in the Superior Court of Fulton
             County

Exhibit B    Certified copy of Directed Verdict Order in *Tony L.
             Ware   v.   Fidelity   Acceptance,   Corp.,   Fidelity
             Financial Services, Inc., Admiral Life Insurance
             Company, and Martin L. Lane, Manager,* Civil Action
             File No. E32381 in the Superior Court of Fulton
             County

Exhibit C    Judge Bonner's Appellee Brief in *Tony L. Ware v.
             Alice D. Bonner,* _____ Ga. _____, 585 S.E.2d 621
             (2003)

Exhibit D    Second Affidavit of Martha R. Francis

Exhibit E    Plaintiffs' Affidavit of Service of Process

395696.1
001204-00415

Exhibit F   Affidavit of Attorney William J. Holley, II

Exhibit G   Affidavit of Cristina Sanabria

Exhibit H   Plaintiffs' Certificate of Default

Exhibit I   Order Presented by Plaintiffs to Judge Gino Brogdon

Exhibit J   Order entered sua sponte by Judge Bensonetta Tipton Lane

Exhibit K   Order Presented by Plaintiffs to Judge Jerry W. Baxter

Exhibit L   Affidavit of The Honorable Jerry W. Baxter

Exhibit M   Plaintiffs' Notice of Appeal

Exhibit N   Copy of the Fulton County Superior Court docket for *Tony L. Ware CEO, CEO and T.L. Ware Bottling Co., Inc. v. FleetBoston Corp.*, Civil Action File No. 2004 CV 94553 in the Superior Court of Fulton County

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: _____
William J. Holley, II
Georgia Bar No. 362310
Nancy H. Baughan
Georgia Bar No. 042575
Michael D. Grider
Georgia Bar No. 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)        Attorneys for FleetBoston
                                 Financial Corporation

395696.1
001204-00415                     2