ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and <br> T. L. WARE BOTTLING <br> COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FLEETBOSTON FINANCIAL <br> CORP., <br> f/k/a BANKBOSTON CORP., <br><br> Defendant. | Civil Action File <br> No. 1:05-CV-0426-MHS |

## NOTICE OF FILING ORIGINAL
## AFFIDAVIT OF MARTHA R. FRANCIS

Defendant FleetBoston Financial Corporation hereby gives notice of filing the original of the February 10, 2005 affidavit of Martha R. Francis. FleetBoston Financial Corporation files this notice by special appearance while preserving all defenses and objections, including but not limited to, lack of personal jurisdiction and insufficient service of process.

        Respectfully submitted,

        **PARKER, HUDSON, RAINER & DOBBS LLP**

    By: _____
        William J. Holley, II
        Georgia Bar No. 362310
        Nancy H. Baughan
        Georgia Bar No. 042575
        Michael D. Grider
        Georgia Bar No. 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)    Attorneys for FleetBoston Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and <br> T. L. WARE BOTTLING COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FLEETBOSTON FINANCIAL CORP., f/k/a BANKBOSTON CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action File No._____ |

## AFFIDAVIT OF MARTHA R. FRANCIS

Martha R Francis, after being duly sworn, states and deposes

1  I am over 18 years of age and am otherwise competent to give this affidavit which I make on personal knowledge unless otherwise specifically stated herein.

2  I am an Assistant Corporate Secretary in Bank of America Corporation's Legal Department and, as set forth below, from my personal review of corporate records in the custody of Bank of America Corporation and my personal actions, I have personal knowledge of the facts stated herein

3  On February 9, 2005, I first saw a copy of Plaintiffs' Complaint in this action. The entity that appeared to be identified as Defendant in the Complaint and that is identified in many of the documents contained as Exhibit A to the Complaint is a corporation that was organized and existed under the laws of the state of Delaware under the name FleetBoston Financial Corporation (hereinafter referred to as "FBC(Del)")

4      I know FBC(Del) to be a "placeholder corporation." In other words, while the entity was organized under Delaware law and registered in multiple states, including Georgia, the entity never transacted any banking business or held assets of any significant value  Contrary to the caption of Plaintiffs' Complaint, FBC(Del) is not the successor to BankBoston Corporation. Most important, FBC(Del) never held the assets of or ever was the successor in any way to the Fidelity Acceptance Corporation.

5      FBC(Del) was legally dissolved in the state of Delaware on July 13, 2004  A true and correct copy of the certified Certificate of Dissolution is attached hereto as Exhibit 1

6      I am personally familiar with the application for withdrawal of FBC(Del)'s registration in Georgia  Attached hereto as Exhibit 2 (and in the same form included within Exhibit A to Plaintiffs' Complaint) are true and correct copies of FBC(Del)'s application for withdrawal of registration filed on July 21, 2004 with the Georgia Secretary of State and the Certificate of Withdrawal issued by the Georgia Secretary of State effective July 21, 2004  I am the "Rebecca Francis" identified in the application for withdrawal. My address for receipt of process is identified correctly on the application for withdrawal as "Bank of America, 50 Kennedy Plaza, 16th Floor. Providence, RI 02903 "

7      For approximately 12 years prior to my employment by Bank of America, I was employed in Fleet National Bank's Legal Department  My duties and responsibilities caused me to have knowledge of the activities of FBC(Del) and its status as a "placeholder corporation " I know that from its inception in 1999 through July 13, 2004, FBC(Del) never actively engaged in the business of banking and never transacted business in Georgia  Moreover, I am certain that after its dissolution on July 13, 2004, FBC(Del) has not transacted business in any state

2

8        I have been and am the person responsible for receiving service of process of legal papers upon FBC(Del)  To the best of my knowledge and after a diligent search, FBC(Del) never received service of Plaintiffs' Complaint or any discovery requests

9        The first time I became aware of Plaintiffs' lawsuit (but not Plaintiffs' Complaint) was when I received a mailing from the chambers of Judge Bensonetta Tipton Lane of the Fulton Superior Court enclosing copies of a January 28, 2005 default judgment and a February 2, 2005 Order signed by Judge Lane vacating the January 28, 2005 judgment  The envelope in which the documents were received was saved and a true and correct copy is attached hereto as Exhibit 3

10       I did not receive a copy of Plaintiffs' Complaint until February 9, 2005

FURTHER AFFIANT SAYETH NOT

*Martha R Francis* (signature)
Martha R Francis

Sworn to and subscribed
before me this 10th day
of February, 2005

*Anita Maruffi* (signature)
Notary Public

My Commission Expires **ANITA MARUFFI**
7 20 08         **NOTARY PUBLIC**
(AFFIX NOTARIAL SEAL) MY COMMISSION EXPIRES JULY 20, 2008

394507_1 DOC

3

# EXHIBIT 1



PAGE 1

The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "FLEETBOSTON FINANCIAL CORPORATION", FILED IN THIS OFFICE ON THE THIRTEENTH DAY OF JULY, A D 2004, AT 1 25 O'CLOCK P M

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



Harriet Smith Windsor, Secretary of State

3032309  8100

040512470

AUTHENTICATION: 3232856

DATE  07-14-04

State of Delaware
Secretary of State
Division of Corporations
Delivered 01 51 PM 07/13/2004
FILED 01.25 PM 07/13/2004
SRV 040512470 - 3032309 FILE

CERTIFICATE OF DISSOLUTION

OF

FleetBoston Financial Corporation

FLEETBOSTON FINANCIAL CORPORATION a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY

FIRST: That dissolution was authorized on July 12th, 2004.

SECOND That dissolution has been authorized by all of the stockholders of the corporation entitled to vote on a dissolution in accordance with the provisions of subsection (c) of Section 275 of the General Corporation Law of the State of Delaware

THIRD That the names and addresses of the Directors and Officers of FleetBoston Financial Corporation are as follows.

## D I R E C T O R S

| NAMES | RESIDENCES |
|---|---|
| Victor A Duva | 847 Hillbrook Lane<br>Langhorne, PA 19047 |
| Kenneth J. Uva | 111 Eighth Avenue<br>New York, NY 10011 |
| C M Denny | 127 Deer Run Road<br>Wilmington, DE 19734 |

## O F F I C E R S

| NAMES AND OFFICES | RESIDENCES |
|---|---|
| VICTOR A. DUVA - President | 847 Hillbrook Lane<br>Langhorne, PA 19047 |
| Kenneth J. Uva - Vice President, Secy.<br>& Asst. Treasurer | 111 Eighth Avenue<br>New York, NY 10011 |
| C. M. DENNY - Vice President, Treasurer<br>& Asst. Secretary | 137 Deer Run Road<br>Townsend, DE 19734 |

IN WITNESS WHEREOF, said FLEETBOSTON FINANCIAL CORPORATION has caused this certificate to be signed by VICTOR A DUVA its President this 13th day of July, 2004

FleetBoston Financial Corporation

By _____
VICTOR A. DUVA
President

# EXHIBIT 2



**Cathy Cox**
Secretary of State

CORPORATIONS DIVISION
Suite 315 West Tower
2 Martin Luther King Jr. Dr
Atlanta, Georgia 30334-1530
(404) 656-2817

```
CT CORPORATION SYSTEM         Docket Number    : 041890774
JENNIFER SCHWARTZ             Control Number   : K919525
1209 ORANGE ST                Date Filed       : 05/11/1999
WILMINGTON, DE   19801        Jurisdiction     : DELAWARE
                              Amount Due       : $20.00
                              Print Date       : 07/07/2004
                              Form Number      : 238
```

### APPLICATION FOR WITHDRAWAL
### OF

### FLEETBOSTON FINANCIAL CORPORATION
### A FOREIGN PROFIT CORPORATION

The above named corporation is not transacting business in Georgia and hereby surrenders its authority to transact business in this state. The corporation revokes the authority of its registered agent and consents that service of process may be made on said corporation by service upon the Secretary of State. The address listed below is the street address where the corporation may be served legal process. The corporation also acknowledges its legal obligation to notify the Secretary of State of any change in mailing address.

Complete and return all copies of this form with a check made payable to the Secretary of State for the amount due above which represents the filing fee and (if due) the annual fees.

LEGAL SERVICE ADDRESS:

Rebecca Francis
Bank of America
50 Kennedy Plaza, 16th Floor Providence, RI 02903

Signature of Corporate Officer         Date

[signature]                            7/15/04

CORPORATION NAME                ADDRESS              CITY           STATE   ZIP

FLEETBOSTON FINANCIAL CORPORATION   1209 N ORANGE ST     WILMINGTON     DE   198011120

## Secretary of State
### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

```
DOCKET NUMBER   : 042080698
CONTROL NUMBER  : K919525
DATE AUTHORIZED : 05/11/1999
JURISDICTION    : DELAWARE
EFFECTIVE DATE  : 07/21/2004
REFERENCE       : 0077
PRINT DATE      : 07/26/2004
FORM NUMBER     : 127
```

```
C T CORPORATION SYSTEM
RUDENE REMBERT
1201 PEACHTREE STREET, NE
ATLANTA, GA  30361
```

## CERTIFICATE OF WITHDRAWAL

I, Cathy Cox, the Secretary of State and Corporations Commissioner of the State of Georgia, do hereby certify under the seal of my office that

### FLEETBOSTON FINANCIAL CORPORATION
### A FOREIGN PROFIT CORPORATION

incorporated under the laws of the jurisdiction stated above and authorized to transact business in Georgia on the date stated above, has filed an application for withdrawal in the Office of the Secretary of State and has paid the required fees pursuant to Title 14 of the Official Code of Georgia Annotated and the Rules and Regulations promulgated thereunder. Therefore, the authority of said corporation to transact business in Georgia is hereby terminated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.

         



Cathy Cox
Secretary of State

# EXHIBIT 3



## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING ORIGINAL AFFIDAVIT OF MARTHA R. FRANCIS** upon all parties to this matter by causing to be deposited in the U.S. Mail, proper postage prepaid, a true copy of same addressed as follows:

> Michael R. Johnson, Sr. **(also served via courier)**
> Johnson & Associates, P.C.
> 340 West Peachtree Street, N.E.
> Suite 200
> Atlanta, Georgia 30308
>
> Dr Tony L. Ware, PhD, JD
> Post Office Box 150524 - Dept 0227
> Atlanta, Georgia 30315

This 15th day of February, 2005.

William J. Holley, II

394898_1.DOC