IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

FILED IN OFFICE
JAN 14 2005
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

TONY L. WARE, CEO and )
T. L. WARE BOTTLING CO., INC., )
)
    Plaintiffs, )
vs. ) CIVIL ACTION
) FILE NUMBER: <u>2004CV94553</u>
FLEETBOSTON FINANCIAL CORP. )
F/K/A BANKBOSTON CORP. ) AFFIDAIVT OF SERVICE OF PROCESS
)
    Defendant. )

## AFFIDAVIT OF SERVICE OF PROCESS

**COMES NOW, TONY L. WARE, Plaintiff** in the above-styled civil action and files this AFFIDAVIT OF SERVICE OF PROCESS on behalf of the Plaintiffs concerning the Defendant **FLEETBOSTON FINANCIAL CORPORTION** f/k/a **BANKBOSTON CORPORATION** pursuant O.C.G.A. § 14-2-1520(c) by stating the following under oath to wit:

    1. That I am **TONY L. WARE, CEO,** Plaintiff of the Plaintiff **T.L. WARE BOTTLING COMPANY, INC.,** and that I do certify under oath that I have personally served the above-named Defendant on **December 10TH, 2004** with a copy of the Summons, Complaint and Plaintiffs' Request for Admissions by serving Defendant's last known CEO at the following address to wit:

    M. A. FERRUCCI, President & CEO
    FLEETBOSTION FINANCIAL CORPORATION
    50 Kennedy Plaza, 16th, Floor
    Providence, RI 02903

See, Exhibit "A" attached hereto

**IN WITNESS AND TESTIMONY HEREOF,** This AFFIDAVIT OF SERVICE is made under oath and is true and correct and is further made upon my personal knowledge, information and belief. Further Affiant say Not.

On this ___23rd___, day of ___Dec___, 2004.

Respectfully Submitted,

_____
Tony L. Ware, CEO & Plaintiff

**Plaintiff's Address:**

TONY L. WARE, Chairman & CEO
T.L. WARE BOTTLING COMPANY, INC.
P.O. BOX 150524-DEPT. 0227
ATLANTA, GEORGIA 30315-0188
(404) 945-0342

Sworn to and Subscribed before Me,
This ___23rd___ day of ___Dec___, 2004.

_____
**STATE NOTARY PUBLIC OFFICER**
MICHAEL R. JOHNSON, SR.
Notary Public DeKalb County, Georgia
My Commission Expires April 29, 2005

**My Commission Expire On.**

# Exhibit "A"







# T. L. WARE BOTTLING COMPANY, INC.

®

**VIA – U.S. CERTIFIED MAIL**

December 10th, 2004

Mr. M. A. Ferrucci, CEO
FleetBoston Financial Corporation
50 Kennedy Plaza, 16th, Floor
Providence, RI 02903

**Reference: Summons and Complaint.**

Dear Mr. Ferrucci:

This letter is also in reference to our legal claims we have against your company. Enclosed you will find copies of the Summons, Complaint and Request for Admission concerning a lawsuit we filed against your Company in the Superior Court of Fulton County in the State of Georgia which require an answers by FleetBoston Financial Corporation.

Thank you for your time concerning our claims.

*Respectfully yours,*
*T. L. Ware Bottling Company, Inc.*

*Dr. Tony L. Ware, PhD, JD*
*Chairman and CEO*

TLW/iw

cc:    Michael R. Johnson, Esq.

Enclosure



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Petitioner,                )    CIVIL ACTION NO.
                           )
HARRY J. MATHIS            )
                           )

ORDER

The Petition for Appointment of HARRY J. MATHIS,

for Permanent Process Server having been read and considered,

IT IS HEREBY ORDERED: That HARRY J. MATHIS,

Shall be, and hereby is, Appointed Permanent Process Server for

Matters pertaining to this Court.

This __2nd__ day of __August__ 2001.

_____
CHIEF JUDGE, ELIZABETH E. LONG
Fulton County Superior Court
Atlanta Judicial Circuit

BOOK 5004    PAGE 147

Exhibit "A"