

## Track & Confirm

**Shipment Details**

You entered 7003 1680 0007 0643 0975

Your item was delivered at 1:55 pm on December 20, 2004 in ATLANTA, GA 30315.

Here is what happened earlier:

- ARRIVAL AT UNIT, December 18, 2004, 9:32 am, ATLANTA, GA 30315
- ADDRESSEE UNKNOWN, December 14, 2004, 4:25 am, PROVIDENCE, RI
- NOTICE LEFT, December 13, 2004, 12:25 pm, PROVIDENCE, RI 02903
- ACCEPTANCE, December 10, 2004, 3:05 pm, ATLANTA, GA 30331

**Notification Options**

▸ Track & Confirm by email    What is this?   

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy