

This item was delivered on 12/20/2004 at 13:55.



Inquire on

**Go to the Product Tracking System**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING ORIGINAL AFFIDAVIT OF CRISTINA SANABRIA** upon all parties to this matter by causing to be deposited in the U.S. Mail, proper postage prepaid, a true copy of same addressed as follows:

>Michael R. Johnson, Sr. **(also served via courier)**
>Johnson & Associates, P.C.
>340 West Peachtree Street, N.E.
>Suite 200
>Atlanta, Georgia 30308
>
>Dr. Tony L. Ware, PhD, JD
>Post Office Box 150524 - Dept. 0227
>Atlanta, Georgia 30315

This 22nd day of February, 2005.

William J. Holley, II

394898_1.DOC