

This item was delivered on 12/20/2004 at 13:55.



Inquire on

**Go to the Product Tracking System**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING ORIGINAL AFFIDAVIT OF CRISTINA SANABRIA** upon all parties to this matter by causing to be deposited in the U.S. Mail, proper postage prepaid, a true copy of same addressed as follows:

> Michael R. Johnson, Sr. **(also served via courier)**
> Johnson & Associates, P.C.
> 340 West Peachtree Street, N.E.
> Suite 200
> Atlanta, Georgia 30308
>
> Dr. Tony L. Ware, PhD, JD
> Post Office Box 150524 - Dept. 0227
> Atlanta, Georgia 30315

This 22nd day of February, 2005.

_____
William J. Holley, II

394898_1.DOC