FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

FEB 22 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and <br> T. L. WARE BOTTLING <br> COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FLEETBOSTON FINANCIAL <br> CORP., <br> f/k/a BANKBOSTON CORP., <br><br> Defendant. | Civil Action <br> File No. 1:05-CV-0426MHS |

## NOTICE OF FILING ORIGINAL AFFIDAVIT OF WILLIAM J. HOLLEY, II

Defendant FleetBoston Financial Corporation hereby gives notice of filing the original of the February 21, 2005 affidavit of William J. Holley, II. FleetBoston Financial Corporation files this notice by special appearance while preserving all defenses and objections, including but not limited to, lack of personal jurisdiction and insufficient service of process.

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: _____
William J. Holley, II
Georgia Bar No. 362310
Nancy H. Baughan
Georgia Bar No. 042575
Michael D. Grider
Georgia Bar No. 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)    Attorneys for FleetBoston Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING COMPANY, INC.<br><br>            Plaintiffs,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORP.,<br>f/k/a BANKBOSTON CORP.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) File No. 1:05-CV-0426MHS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF WILLIAM J. HOLLEY, II

William J. Holley, II, after being duly sworn, states and deposes:

**1.**

I am over 18 years of age and am otherwise competent to give this affidavit which I make on personal knowledge.

**2.**

I am a partner in the law firm Parker Hudson Rainer & Dobbs LLP and my business address is 1500 Marquis Two Tower, 285 Peachtree Center, Ave., N.E., Atlanta, Georgia 30303. I am admitted to practice before this Court, before the Supreme Court of Georgia, and before numerous other courts in the United States.

3.

On February 8, 2005 my firm was retained to represent FleetBoston Financial Corporation, the named defendant in this action. At the time my firm was retained, we were provided with a copy of Judge Brogdon's January 28, 2005 Order and Judge Lane's February 2, 2005 Order vacating Judge Brogdon's Order.

4.

On February 8, 2005 I directed a paralegal to travel to the Clerk's office for the Superior Court of Fulton County and retrieve all information contained in the Clerk's file. During the afternoon of February 8, 2005 the paralegal returned to my office with the file and shortly thereafter I first saw a copy of the initial pleading in this case and sent it to the corporate counsel who had retained my firm.

5.

On Thursday, February 10, 2005 I confirmed with a representative from the Georgia Secretary of State's Office that the Georgia Secretary of State does not attempt to make any service on withdrawn corporations. Instead, the Georgia Secretary of State relies on plaintiffs to make actual service of complaints.

FURTHER AFFIANT SAYETH NOT.

_____
William J. Holley, II

Sworn to and subscribed
before me this 21st day
of February, 2005.

_____
Notary Public

My Commission Expires:
Notary Public, Dekalb County, Georgia
My Commission Expires March 12, 2007

_____

(AFFIX NOTARIAL SEAL)

393574_1.DOC

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING ORIGINAL AFFIDAVIT OF WILLIAM J. HOLLEY, II** upon all parties to this matter by causing to be deposited in the U.S. Mail, proper postage prepaid, a true copy of same addressed as follows:

> Michael R. Johnson, Sr. **(also served via courier)**
> Johnson & Associates, P.C.
> 340 West Peachtree Street, N.E.
> Suite 200
> Atlanta, Georgia 30308
>
> Dr. Tony L. Ware, PhD, JD
> Post Office Box 150524 - Dept. 0227
> Atlanta, Georgia 30315

This 22nd day of February, 2005.

_____
William J. Holley, II

394898_1.DOC