State of Delaware
Secretary of State
Division of Corporations
Delivered 01:51 PM 07/13/2004
FILED 01:25 PM 07/13/2004
SRV 040512470 - 3032309 FILE

CERTIFICATE OF DISSOLUTION

OF

FleetBoston Financial Corporation

FLEETBOSTON FINANCIAL CORPORATION a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST: That dissolution was authorized on July 12th, 2004.

SECOND: That dissolution has been authorized by all of the stockholders of the corporation entitled to vote on a dissolution in accordance with the provisions of subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

THIRD: That the names and addresses of the Directors and Officers of FleetBoston Financial Corporation are as follows:

## D I R E C T O R S

| NAMES | RESIDENCES |
|---|---|
| Victor A. Duva | 847 Hillbrook Lane<br>Langhorne, PA 19047 |
| Kenneth J. Uva | 111 Eighth Avenue<br>New York, NY 10011 |
| C. M. Denny | 137 Deer Run Road<br>Wilmington, DE 19734 |

<u>O F F I C E R S</u>

| <u>NAMES AND OFFICES</u> | <u>RESIDENCES</u> |
|---|---|
| VICTOR A. DUVA - President | 847 Hillbrook Lane<br>Langhorne, PA  19047 |
| Kenneth J. Uva - Vice President, Secy.<br>& Asst. Treasurer | 111 Eighth Avenue<br>New York, NY 10011 |
| C. M. DENNY - Vice President, Treasurer<br>& Asst. Secretary | 137 Deer Run Road<br>Townsend, DE  19734 |

IN WITNESS WHEREOF, said FLEETBOSTON FINANCIAL CORPORATION has caused this certificate to be signed by VICTOR A. DUVA its President this 13th day of July, 2004.

FleetBoston Financial Corporation

By _____/s/ Victor Duva_____
VICTOR A. DUVA
President