

Cathy Cox
Secretary of State

**CORPORATIONS DIVISION**
Suite 315 West Tower
2 Martin Luther King Jr. Dr.
Atlanta, Georgia 30334-1530
(404) 656-2817

CT CORPORATION SYSTEM
JENNIFER SCHWARTZ
1209 ORANGE ST
WILMINGTON, DE  19801

| | | |
|---|---|---|
| Docket Number | : | 041890774 |
| Control Number | : | K919525 |
| Date Filed | : | 05/11/1999 |
| Jurisdiction | : | DELAWARE |
| Amount Due | : | $20.00 |
| Print Date | : | 07/07/2004 |
| Form Number | : | 238 |

## APPLICATION FOR WITHDRAWAL
## OF

### FLEETBOSTON FINANCIAL CORPORATION
### A FOREIGN PROFIT CORPORATION

The above named corporation is not transacting business in Georgia and hereby surrenders its authority to transact business in this state. The corporation revokes the authority of its registered agent and consents that service of process may be made on said corporation by service upon the Secretary of State. The address listed below is the street address where the corporation may be served legal process. The corporation also acknowledges its legal obligation to notify the Secretary of State of any change in mailing address.

Complete and return all copies of this form with a check made payable to the Secretary of State for the amount due above which represents the filing fee and (if due) the annual fees.

LEGAL SERVICE ADDRESS:

Rebecca Francis
Bank of America
50 Kennedy Plaza, 16th Floor Providence, RI 02903

Signature of Corporate Officer        Date

[signature]                           7/15/04

CORPORATIONS DIVISION  2004 JUL 21  P 2:33  SECRETARY OF STATE

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| FLEETBOSTON FINANCIAL CORPORATION | 1209 N ORANGE ST | WILMINGTON | DE | 198011120 |