


02 1A  $ 01.06⁰
0004326432  FEB 03 2005
MAILED FROM ZIP CODE 30303

**First Class Mail**

*Chambers of*
**Judge Bensonetta Tipton Lane**
*Superior Court of Fulton County*
*185 Central Avenue, S.W., Suite T-1955*
*Atlanta, Georgia 30303*

FleetBoston Financial Corporation
c/o Mr. M.A. Ferrucci, CEO
50 Kennedy Plaza, 16th Floor
Providence, RI  02903









## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING ORIGINAL SECOND AFFIDAVIT OF MARTHA R. FRANCIS** upon all parties to this matter by causing to be deposited in the U.S. Mail, proper postage prepaid, a true copy of same addressed as follows:

>Michael R. Johnson, Sr. **(also served via courier)**
>Johnson & Associates, P.C.
>340 West Peachtree Street, N.E.
>Suite 200
>Atlanta, Georgia 30308

>Dr. Tony L. Ware, PhD, JD
>Post Office Box 150524 - Dept. 0227
>Atlanta, Georgia 30315

This 22ⁿᵈ day of February, 2005.

_____
William J. Holley, II

394898_1.DOC