FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 15 2005

LUTHER D. THOMAS, Clerk
By: /s/ White
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING CO., INC.,<br><br>Plaintiffs,<br>vs.<br><br>FLEETBOSTON FINANCIAL CORP.<br>F/K/A BANKBOSTON CORP.<br><br>Defendant. | CIVIL ACTION FILE NUMBER:<br>1:05-CV-0426-MHS<br><br>STATEMENTS BY TONY L. WARE |

## STATEMENTS BY TONY L. WARE FROM THE HOLY GHOST

**COMES NOW, TONY L. WARE, CEO** Plaintiff and files this statement pursuant to the law of God YHWH and God the Son Jesus Christ and make the following statements to the Court, the parties and all persons connected therewith:

1. First I do not attempt to imposed my belief in God and Jesus Christ, but I am only trying to do what I have been commanded to do by the Holy Spirit. Please forgive me my Bothers and Sisters if I offend any in Jesus name.

2. I am a Minister for the Son of God Jesus Christ and the Holy Ghost, and that Jesus Christ appeared before me and call me to become his minister on June 11th, 1991. See, Holy Bible KJV Book of Act 26:16-18.

3. Since I was a young man I could always see things which may happen in the future sometime. Almost always the things I saw came to pass. Before and during the sickness of my father, It was confirm to me by the Holy Ghost on November 1st, 2000 that I had the Gifts of Prophecy, Discerning of Spirit and Divers Kinds of Tongues. See, Holy Bible KJV, Book of I Corinthians 12:4-11

4. On February 25th, 2005 at 10:17 a.m. while I was seeking the lord Jesus Christ, the Holy Ghost commanded me to present the following statements to the

Court, the parties and all those who are connected to this civil case. The HOLY GHOST said the following.

> "THIS CASE WAS GIVEN TO REV. TONY L. WARE BY GOD THE FATHER AND GOD THE SON JESUS CHRIST. ALL WHO COME AGAINST IT WILL BE CURSE WITH THE CURSE OF THE SERPENT IMMEADIATELY. DO ALL RIGHTEOUSNESS AND GOOD. MAY PEACE AND LOVE BE WITH YOU MY BROTHERS AND SISTERS."

1. Because I am a Minister, God and Jesus Christ comes first in my life and I hope that all who believe in him will understand that some things are just in the will of God. With all due respect to every one before this Court. See, Holy Bible KJV Book of St. Matthew 12:32 which reads as follows:

> "And whosoever speaketh a word against the Son of man, it shall be forgiven him: but whosoever speaketh against the Holy Ghost, it shall not be forgiven him, neither in this world, neither in the world to come."

This ___15th___, day of ___March___, 2005.

**Respectfully Submitted In Jesus Name**

_/s/ T. L. W._
_____
Tony L. Ware, CEO, Plaintiff

P.O. Box 150524-Dept. 0227
Atlanta, Georgia 30315-0188
(404) 945-0342

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 15 2005

LUTHER D. THOMAS, Clerk
by /s/ White
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING CO., INC.,<br><br>Plaintiffs,<br>vs.<br><br>FLEETBOSTON FINANCIAL CORP.<br>F/K/A BANKBOSTON CORP.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NUMBER:<br>) 1:05-CV-0426-MHS<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

## CERTIFICATE OF SERVICE

**COMES NOW, TONY L. WARE, CEO** the Plaintiff in the above-styled civil action and hereby certify that I have served the Defendant's Attorney with a copies of STATEMENTS BY TONY L. WARE, FROM THE HOLY GHOST on all persons connected with this civil matter and on the following person to wit:

Mr. William J. Holley, Esq.
285 Peachtree Center Ave, N.E., 1500 Marquis Tower
ATLANTA, GEORGIA 30303

This _15th_, day of _March_, 2005.

Respectfully Submitted in Jesus Name

_/s/ T. L. Ware_

Tony L. Ware, CEO, Plaintiff

P.O. Box 150524-Dept. 0227
Atlanta, Georgia 30315-0188
(404) 945-0342