FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

1

2

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF GEORGIA
### ATLANTA DIVISION

4

5

6

7

8

9

10

11

| | |
|---|---|
| TONY L. WARE, CEO and | ) |
| T. L. WARE BOTTLING CO., INC., | ) |
| | ) |
| **Plaintiffs,** | ) |
| vs. | ) **CIVIL ACTION FILE NUMBER:** |
| | ) **1 : 0 5 – C V – 0 4 2 6 – M H S** |
| FLEETBOSTON FINANCIAL CORP. | ) |
| F/K/A BANKBOSTON CORP. | ) **AMENDED AFFIDAVIT OF SERVICE** |
| | ) |
| **Defendant.** | ) FILED IN SUPPORT MOTION TO DISMSS |

---

## AMENDED AFFIDAVIT OF SERVICE OF PROCESS

**COMES NOW, TONY L. WARE, Plaintiff** in the above-styled civil action and files this AFFIDAVIT OF SERVICE OF PROCESS on behalf of the Plaintiffs concerning the Defendant **FLEETBOSTON FINANCIAL CORPORTION** f/k/a **BANKBOSTON CORPORATION** pursuant O.C.G.A. § 14-2-1510(b) and O.C.G.A. § 14-2-1520(c) by stating the following under oath to wit:

1. That I am **TONY L. WARE, CEO,** Plaintiff of the Plaintiff **T.L. WARE BOTTLING COMPANY, INC.,** and that I do certify under oath that I have personally served the above-named Defendant on **December 10TH, 2004** with a copy of the Summons, Complaint and Plaintiffs' Request for Admissions by serving Defendant's last known CEO at the following address to wit:

**M. A. FERRUCCI, President & CEO**
**FLEETBOSTION FINANCIAL CORPORATION f/k/a BAKBOSTON**
**also f/k/a INDUSTRIAL FINANCIAL CORPORATION**
**50 Kennedy Plaza, 16th, Floor**
**Providence, RI 02903**
**and FLEEBOSTON FINANCIAL CORPORATION of Delaware**

Page 1

2. That at the time I mail copies of the Summons, Complaint and Request for Admission I knew Defendant to be FleetBoston Financial Corporation f/k/a BankBoston Corporation. See, **Exhibits "A" and "B"** attached hereto.

3. That at the time of service I assumed but was mislead to beleive that FleetBoston Financial Corporation f/k/a BankBoston Corporation had merged with FleetBoston FleetBoston Financial Corporation of Delaware because of the use of the same corporate name in Georgia.

4. Both FleetBoston Financial Corporation f/k/a BankBoston Corporation of Rhode Island and FleetBoston FleetBoston Financial Corporation of Delaware filed Certificates of withdrawal from doing business in this State pursuant to **O.C.G.A. § 14-2-1520(b)** which legally appoints the Georgia Secretary of State to be their legal agent for all service of process in this action pursuant to **O.C.G.A. § 14-2-1520(c).**

5. However, to make sure that service was sent I mail to copies of the Summons, Complaint and Request for Admissions by regular mail and U.S. Certified Mail Return Receipt Requested. See, **Exhibit "A"** attached. For some reasons unknown to me they were return to me as undeliverable.

6. I cannot be held responsible for complying with Georgia Law. Even if these documents were return to me I did what I was required to do under the law.

7. I complied with **O.C.G.A. § 14-2-1510(b)** and FleetBoston Financial Corporation f/k/a BankBoston Corporation of Rhode Island and FleetBoston FleetBoston Financial Corporation of Delaware was properly served as a matter of law. Because this corporation was trying to evade process by using the same corporate name in Georgia any fault and negligent was cause by their illegal action and fraud. As Mr. Johnson has said in his affidavit to the Court, this corporation cannot now come into this Court and request equity with unclean hands as a matter of law.

8. Service of process was also perfected on these corporation five days (5) after I deposited the Summons, Complaint and Request for Admission in the United States Mail. See, **O.C.G.A. § 14-2-1510(c)(3).** There no evidence which contradicts my original Affidavit of Service. Both corporations was legally and properly served.

**IN WITNESS AND TESTIMONY HEREOF,** This AFFIDAVIT OF SERVICE is made under oath and is true and correct and is further made upon my personal knowledge, information and belief.  Further Affiant says Not.

**On this** _15th_ **, day of** _March_ , 2005.

**Respectfully Submitted,**

**Tony L. Ware, CEO & Plaintiff**

**Plaintiff's Address:**

**TONY L. WARE, Chairman & CEO**
**T.L. WARE BOTTLING COMPANY, INC.**
**P.O. BOX 150524-DEPT. 0227**
**ATLANTA, GEORGIA 30315-0188**
**(404) 945-0342**

**Sworn to and Subscribed before Me,**
**This** _15th_ **day of** _MARCH_ , 2005.

**STATE NOTARY PUBLIC OFFICER**

MICHAEL
Notary Public
My Commission

**My Commission Expire On.**

# PLAINTIFF Tony L. Ware's

# EXHIBIT

# "A"

**IN THE SUPERIOR COURT OF FULTON COUNTY**

**STATE OF GEORGIA**

```
FILED IN OFFICE

JAN 1 4 2005      ℞

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA
```

|  |  |
|---|---|
| TONY L. WARE, CEO and | ) |
| T. L. WARE BOTTLING CO., INC., | ) |
|  | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION |
|  | ) FILE NUMBER: 2004CV94553 |
| FLEETBOSTON FINANCIAL CORP. | ) |
| F/K/A BANKBOSTON CORP. | ) AFFIDAIVT OF SERVICE OF PROCESS |
|  | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE OF PROCESS

**COMES NOW, TONY L. WARE, Plaintiff** in the above-styled civil action and files this AFFIDAVIT OF SERVICE OF PROCESS on behalf of the Plaintiffs concerning the Defendant **FLEETBOSTON FINANCIAL CORPORTION** f/k/a **BANKBOSTON CORPORATION** pursuant O.C.G.A. § 14-2-1520(c) by stating the following under oath to wit:

1. That I am **TONY L. WARE, CEO,** Plaintiff of the Plaintiff **T.L. WARE BOTTLING COMPANY, INC.,** and that I do certify under oath that I have personally served the above-named Defendant on **December 10TH, 2004** with a copy of the Summons, Complaint and Plaintiffs' Request for Admissions by serving Defendant's last known CEO at the following address to wit:

**M. A. FERRUCCI, President & CEO**
**FLEETBOSTION FINANCIAL CORPORATION**
**50 Kennedy Plaza, 16th, Floor**
**Providence, RI 02903**

See, Exhibit "A" attached hereto

**Page 1**

**IN WITNESS AND TESTIMONY HEREOF,** This AFFIDAVIT OF SERVICE is made under oath and is true and correct and is further made upon my personal knowledge, information and belief.  Further Affiant say Not.

On this _23rd_ , day of _Doc_ , 2004.

Respectfully Submitted,

**Tony L. Ware, CEO & Plaintiff**

**Plaintiff's Address:**

**TONY L. WARE, Chairman & CEO**
**T.L. WARE BOTTLING COMPANY, INC.**
**P.O. BOX 150524-DEPT. 0227**
**ATLANTA, GEORGIA 30315-0188**
**(404) 945-0342**

**Sworn to and Subscribed before Me,**
**This** _23rd_ **day of** _Dec_ , 2004.

**STATE NOTARY PUBLIC OFFICER**
MICHAEL R. JOHNSON, SR.
Notary Public DeKalb County, Georgia
My Commission Expires April 29, 2008

**My Commission Expire On.**

Exhibit "A"



U.S. Postal Service
CERTIFIED MAIL  RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $1.85 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $3.50 |
| Total Postage & Fees | $ | $11.40 |

Sent To  Mr. M.A. Ferrucci, CEO
Street, Apt. No.; or PO Box No.  50 Kennedy Plaza, 6th Fl
City, State, ZIP+4  Providence, RI 02903

PS Form 3800, June 2002            See Reverse for Instructions



U.S. POSTAL SERVICE    CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Tony L. Ware
P.O. Box 150524
ATL, GA 30315

One piece of ordinary mail addressed to:
Mr. M.A. Ferruccie, CEO
50 Kennedy Plaza 64th
Providence, RI 02903

PS Form 3817, Mar. 1989



# T. L. WARE BOTTLING COMPANY, INC.

---

## VIA – U.S. CERTIFIED MAIL

December 10ᵗʰ, 2004

Mr. M. A. Ferrucci, CEO
FleetBoston Financial Corporation
50 Kennedy Plaza, 16ᵗʰ, Floor
Providence, RI 02903

**Reference:  Summons and Complaint.**

Dear Mr. Ferrucci:

This letter is also in reference to our legal claims we have against your company.   Enclosed you will find copies of the Summons, Complaint and Request for Admission concerning a lawsuit we filed against your Company in the Superior Court of Fulton County in the State of Georgia which require an answers by FleetBoston Financial Corporation.

Thank you for your time concerning our claims.

*Respectfully yours,*
*T. L. Ware Bottling Company, Inc.*

*Dr. Tony L. Ware, PhD,JD*
*Chairman and CEO*


TLW/iw

cc:    Michael R. Johnson, Esq.

Enclosure

# PLAINTIFF Tony L. Ware's

# EXHIBIT

# "B"

# Secretary of State
## Corporations Division
## 315 West Tower
## #2 Martin Luther King, Jr. Dr.
## Atlanta, Georgia 30334-1530

```
DOCKET NUMBER        : 050660486
CONTROL NUMBER       : J150296
DATE INC/AUTH/FILED: 02/27/1981
JURISDICTION         : RHODE ISLAND
PRINT DATE           : 03/07/2005
FORM NUMBER          : 215
```

TONY L. WARE
POB 150524
ATLANTA, GA 30315

### CERTIFIED COPY

I, Cathy Cox, the Secretary of State of the State of Georgia, do
hereby certify under the seal of my office that the attached
documents are true and correct copies of documents filed under the
name of

### FLEET FINANCIAL CORPORATION OF RHODE ISLAND
### A FOREIGN PROFIT CORPORATION

Said entity was formed in the jurisdiction set forth above and has
filed  in  the  Office of Secretary of State on the date set forth
above  its  certificate  of  limited  partnership,  articles  of
incorporation,  articles of association, articles  of organization
or application for certificate of authority to  transact  business
in Georgia.

This  certificate is issued pursuant  to Title 14 of  the Official
Code  of Georgia Annotated and  is prima-facie  evidence  of  the
existence or nonexistence of the facts stated herein.

Cathy Cox
Secretary of State

# DUPLICATE

**STATE OF GEORGIA
SECRETARY OF STATE EX-OFFICIO
CORPORATION COMMISSIONER
November 22, 1983**

C T CORPORATION SYSTEM
2 Oliver St.
Boston, MA    02109
attn: R. B. Ford

Dear Sir:

The STATEMENT OF WITHDRAWAL of

"FLEET FINANCIAL CORPORATION OF RHODE ISLAND"

together with the filing fee of $15.00 has been received; and, the Secretary of State having found that the statement complies with the requirements of law, it has this day been filed, and the authority of said corporation to transact business in Georgia is hereby terminated.

Respectfully,

*Max Cleland*

SECRETARY OF STATE, EX-OFFICIO CORPORATION
COMMISSIONER OF THE STATE OF GEORGIA

171
7/83

FILE IN DUPLICATE

174

TO:  Secretary of State
     Ex-Officio Corporations Commissioner
     State of Georgia

Fee — $10.00

**APPLICATION AND STATEMENT**
**OF**
**WITHDRAWAL**

Pursuant to Section 22-1414 or Section 22-3214 of the Georgia Business Corporation Code.

The name of the corporation is

## FLEET FINANCIAL CORPORATION

State of incorporation.  **Rhode Island**

The corporation is not transacting business in Georgia and hereby surrenders its authority to transact business in Georgia. It hereby revokes the authority of its registered agent in Georgia to accept service of process and consents that service of process in any action, suit or proceeding based upon any cause of action arising in the State of Georgia during the time the corporation was authorized to transact business therein may hereafter be made on the corporation by service thereof on the Secretary of State or his Agent.

The address to which the Secretary of State may mail a copy of any process against the corporation that may be served on him is

| 55 | Kennedy Plaza |
|----|----------------|
| (Number) | (Street) |

| Providence | Providence | Rhode Island | 02903 |
|------------|-----------|--------------|-------|
| (Post Office) | (City) | (State) | (Zip) |

RECEIVED 1983 NOV 14 AM 9: 36 SECRETARY OF STATE CORPORATIONS DIVISION

RECEIVED 1983 NOV 22 AM 10: 20 SECRETARY OF STATE CORPORATIONS DIVISION

The undersigned president (or vice-president) and secretary (or assistant secretary) of the corporation declare under the penalties of perjury that the facts herein stated are true.

FILED AND ACCEPTED
In the Office of
SECRETARY OF STATE

FLEET FINANCIAL CORPORATION
(Name of corporation)

by _____
(President or Vice-President)
John W. Flynn

Received: _____ and attested _____
                                        (Secretary or Assistant Secretary)
Filed: Date  NOV 2 2 1983
                                        Edward W. Dance, Jr.

Rev.  4 - 1 - 72  (GA - 2057 - 12/22/81)



STATE OF GEORGIA

MARCUS E. COLLINS

W. L. STRICKLAND
COMMISSIONER

# DEPARTMENT OF REVENUE
### INCOME TAX DIVISION
#### TRINITY—WASHINGTON BUILDING
#### ATLANTA, GEORGIA 30334

JOHN G. CARTER
Director

October 28, 1983

Telephone Number:
(404)  656-4191

Person to Contact:
Doris Langley


TO WHOM IT MAY CONCERN:

    __Fleet Finance, Inc. Rhode Island Corporation__ a qualified foreign corporation, has executed and filed with this department an assumption of tax liability on behalf of __Fleet Financial Corporation__ and does guarantee to file all Georgia tax returns required of the above named corporation and pay all taxes accrued and owing to the State of Georgia.


Sincerely yours,

*Emily D. Pettit*

Emily D. Pettit
Section Supervisor
Corporate Operations


This __28th__ day of __October__, 19__83__

Executed in the presence of

*Doris Langley*

Notary Public, Georgia, State at Large
My Commission Expires May 29, 1986

EDP/dl

**STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS**
*Office of the Secretary of State*

Edward S. Inman, III, Secretary of State
Corporations Division
100 North Main Street, Providence, RI 02903-1335
401.222.30??

# PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2003

*Filing Period: January 1 – March 1  ●  Filing Fee: $50.00*

*(FORM MUST BE TYPED IN BLACK)*

| 1. Corporate ID No. | 2. Name of Corporation | | | |
|---|---|---|---|---|
| 6486 | FleetBoston Financial Corporation | | | |

| 3. Street Address Principal Business Office | City | State | Zip |
|---|---|---|---|
| 100 Federal Street | Boston | MA | 02110 |

| 4. Business Phone No. | 5. State of Incorporation | 6. SIC Code |
|---|---|---|
| (617) 292-2000 | Rhode Island | 0000 |

7. *Brief Description of the Character of Business Conducted in Rhode Island*
Holding Company

**8. NAMES AND ADDRESSES OF THE OFFICERS** *("X" BOX FOR ATTACHMENT)* ☑ FILL IN SPACES BEFORE USING ATTACHMENTS

| President Name | | | Vice President Name | | |
|---|---|---|---|---|---|
| Eugene McQuade | | | Gary A. Spiess | | |
| **Street Address** | | | **Street Address** | | |
| 100 Federal Street | | | 100 Federal Street | | |
| **City** | **State** | **Zip** | **City** | **State** | **Zip** |
| Boston | MA | 02110 | Boston | MA | 02110 |
| **Secretary Name** | | | **Treasurer Name** | | |
| Gary A. Spiess | | | Douglas L. Jacobs | | |
| **Street Address** | | | **Street Address** | | |
| 100 Federal Street | | | 100 Federal Street | | |
| **City** | **State** | **Zip** | **City** | **State** | **Zip** |
| Boston | MA | 02110 | Boston | MA | 02110 |

**9. NAMES AND ADDRESSES OF THE DIRECTORS** *("X" BOX FOR ATTACHMENT)* ☑ FILL IN SPACES BEFORE USING ATTACHMENTS

| Director Name | | | Director Name | | |
|---|---|---|---|---|---|
| Joel B. Alvord | | | Daniel P. Burnham | | |
| **Street Address** | | | **Street Address** | | |
| 75 Federal Street | | | c/o Raytheon Co., 141 Spring Street | | |
| **City** | **State** | **Zip** | **City** | **State** | **Zip** |
| Boston | MA | 02110 | Lexington | MA | 02421 |
| **Director Name** | | | **Director Name** | | |
| William Barnet, III | | | Paul J. Choquette, Jr. | | |
| **Street Address** | | | **Street Address** | | |
| 507 E. John Street | | | c/o Gilbane Building Co., 7 Jackson Walkway | | |
| **City** | **State** | **Zip** | **City** | **State** | **Zip** |
| Spartanburg | SC | 29302 | Providence | RI | 02903 |

| **10. SHARES AUTHORIZED** *("X" BOX FOR ATTACHMENT)* ☐ | | | **11. SHARES ISSUED** *("X" BOX FOR ATTACHMENT)* ☑ | | |
|---|---|---|---|---|---|
| AUTHORIZED SHARES | | | ISSUED SHARES | | |
| *Number of Shares* | *Class/Series* | *Par Value* | *Number of Shares* | *Class/Series* | *Par Value* |
| 2,000,000,000 | COMM | $0.01 PAR VALUE | See Attachment | | |
| 16,000,000 | PREF | $1.00 PAR VALUE | | | |

*This report must be signed in ink by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee.*



| | FOR SECRETARY OF STATE USE ONLY |
|---|---|
| File Date | 2/12/03 |
| Check No. | 2512509 |
| By: | OA |

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

| | |
|---|---|
| *Signature of Officer* | *Date* 02-04-0 |
| Gary A. Spiess | |
| *Print or Type Name of Officer* | |
| Secretary | |
| *Title of Officer* | |

Form 630 12/0?



**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**FEE: $125.00**

040018879

NOTE: PLEASE TYPE OR PRINT CLEARLY! INSTRUCTIONS ON OTHER SIDE.

# MASSACHUSETTS FOREIGN CORPORATION ANNUAL REPORT

Federal Identification No. __05-0341324__

1. The *exact* name of the corporation is: __FleetBoston Financial Corporation__

2. The corporation is organized under the laws of: __Rhode Island__

3. Location of its principal office is: __100 Federal Street__
   (number and street)
   __Boston__          __MA__        __02110__
   (city or town)      (state)       (zip)

4. The location of its Massachusetts office, if any: __100 Federal Street__
   (number and street)
   __Boston__          __MA__        __02110__
   (city or town)      (state)       (zip)

5. Name and address of the Resident Agent is: __CT Corporation System__
   (name)
   __101 Federal Street__   __Boston__     __MA__     __02110__
   (number and street)      (city or town) (state)    (zip)

6. Date of the end of the last fiscal year was: __December__  __31__  __2003__
   (month)   (day)  (year)

7. Check here if the corporation stock is publicly traded: ☒ .

8. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
|---|---|---|---|---|
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | $0.01 | 2,000,000,000 | $20,000,000 | Please see attachment |
| PREFERRED: | $1.00 | 16,000,000 | $16,000 | Please see attachment |

9. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | BUSINESS ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
|---|---|---|---|
| PRESIDENT TREASURER CLERK DIRECTORS | Please see attachment | | Until the next annual meeting and until successors are duly elected and qualified. |

I, the undersigned __Gary A. Spiess__, being the __Secretary__ of the above-named corporation, in compliance with the General Laws, Chapter 181, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this __11 5__ day of __February__, 20 __04__.

Signature: __Gary A Spiess__  Title: __Secretary__
Contact Person: __M. Rebecca Francis__   Contact Person Telephone #: __(401) 278-5560__

