

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING CO., INC.,<br><br>Plaintiffs,<br>vs.<br><br>FLEETBOSTON FINANCIAL CORP.<br>F/K/A BANKBOSTON CORP.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NUMBER:<br>) **1 : 0 5 – C V – 0 4 2 6 – M H S**<br>)<br>) **AMENDED RETURN OF SERVICE**<br>)<br>) |

## AMENDED RETURN OF SERVICE OF PROCESS

**COMES NOW, HARRY J. MATHIS,** Court Appointed Process Server in the above-styled civil action and files this RETURN OF SERVICE OF PROCESS on the above-named Defendant **FLEETBOSTON FINANCIAL CORPORTION** f/k/a **BANKBOSTON CORPORATION** pursuant to the law of this State under O.C.G.A. § § 14-2-1510, 14-2-1520(c) by stating the following:

1. That I am **HARRY J. MATHIS** and that I do certify under oath that I have personally served the above-named Defendant on **December 10TH, 2004** with the Summons, Complaint and Plaintiffs' Request for Admissions by serving the Georgia Secretary of State at the following address to wit:

FLEETBOSTON FINANCIAL CORPORTION f/k/a
BANKBOSTON CORPORATION
c/o Cathy Cox, Georgia Secretary of State
2 Martin Luther King Jr., Drive, N.E., Suite 315
ATLANTA, GEORGIA 30334

2. That at the time of service of the Summons, Complaint and Request for Admissions, the Defendant was listed as a Rhode Island corporation withdrawn from doing business in this State. See my Exhibit "A" attached hereto.

**Page 1**

3. I further served the FleetBoston Financial Corporation a Rhode Island corporation having a legal Federal Tax ID Number of: 05-0341324   See my, Exhibits "B" , "C" and "D" attached hereto.

4. I have further certify that I have also made personal service of process on **FLEET BOSTON FINANCIAL CORPORATION** a Delaware Corporation on **December 10th, 2004** thorough the Georgia Secretary of State at the above-stated address as required by O.C.G.A.  § 14-2-1520(c) and O.C.G.A. § 14-2-1510 which is the law of this State.

5. I am not related to the Plaintiff Tony L. Ware, or employed by Plaintiff T.L. Ware Bottling Company, Inc.  Nor do I have any legal interest in the out come of this civil action.

**IN WITNESS AND TESTIMONY HEREOF,** This AMENDED RETRUN OF SERVICE is made under oath and is true and correct and is further made upon my personal knowledge, information and belief.

Further Affiant say Not.

**On this** _12 th_ **, day of** _March_ **, 2005.**

**Respectfully Submitted,**

_Harry J. Mathis_

**Harry J. Mathis, Process Server**

**Process Server's Address:**

**HARRY J. MATHIS**
**5490 Hunters Forest Lane**
**COLLEGE PARK, GEORIGA 30349**

**Sworn to and Subscribed before Me,**
**This** _12th_ **day of** _March_ **, 2005.**

_S.R. Namione-Veny_

**STATE NOTARY PUBLIC OFFICER**

_March 22, 2007_

**My Commission Expire On.**

# PROCESS SERVER'S

# "EXHIBIT"

# A

# Secretary of State
## Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

DOCKET NUMBER : 050660488
PRINT DATE        : 03/07/2005
FORM NUMBER    : 218

TONY L. WARE
POB 150524
ATLANTA, GA. 30315

## CERTIFICATE OF FACT

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

**Effective  February 27, 1981,  INDUSTRIAL FINANCIAL CORPORATION, a Rhode Island corporation, filed certificate of authority in the state of Georgia.**

**Effective October 24, 1983,  INDUSTRIAL FINANCIAL CORPORATION, a Rhode Island corporation, filed amended certificate of authority changing its name to: FLEET FINANCIAL CORPORATION OF RHODE ISLAND.**

**Effective November 22, 1983,  FLEET FINANCIAL CORPORATION OF RHODE ISLAND, filed application and statement of withdrawal.**

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated within.



Cathy Cox
Secretary of State

# Secretary of State
## Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

```
DOCKET NUMBER        : 050660486
CONTROL NUMBER       : J150296
DATE INC/AUTH/FILED: 02/27/1981
JURISDICTION         : RHODE ISLAND
PRINT DATE           : 03/07/2005
FORM NUMBER          : 215
```

TONY L. WARE
POB 150524
ATLANTA, GA 30315


### CERTIFIED COPY


I, Cathy Cox, the Secretary of State of the State of Georgia, do
hereby certify under the seal of my office that the attached
documents are true and correct copies of documents filed under the
name of

### FLEET FINANCIAL CORPORATION OF RHODE ISLAND
### A FOREIGN PROFIT CORPORATION


Said entity was formed in the jurisdiction set forth above and has
filed  in the  Office of Secretary of State on the date set forth
above   its  certificate  of  limited   partnership,  articles  of
incorporation,  articles of association, articles  of organization
or application for certificate of authority to  transact  business
in Georgia.

This   certificate is issued pursuant  to Title 14 of  the Official
Code  of Georgia Annotated and  is prima-facie  evidence  of  the
existence or nonexistence of the facts stated herein.




Cathy Cox
Secretary of State

# DUPLICATE

**STATE OF GEORGIA**
**SECRETARY OF STATE EX-OFFICIO**
**CORPORATION COMMISSIONER**
**November 22, 1983**

C T CORPORATION SYSTEM
2 Oliver St.
Boston, MA    02109
attn: R. B. Ford

Dear Sir:

The STATEMENT OF WITHDRAWAL of

## "FLEET FINANCIAL CORPORATION OF RHODE ISLAND"

together with the filing fee of $15.00 has been received; and, the Secretary of State having found that the statement complies with the requirements of law, it has this day been filed, and the authority of said corporation to transact business in Georgia is hereby terminated.

Respectfully,

Max Cleland

SECRETARY OF STATE, EX-OFFICIO CORPORATION
COMMISSIONER OF THE STATE OF GEORGIA

171
7/83

FILE IN DUPLICATE

174

TO: Secretary of State
Ex-Officio Corporations Commissioner
State of Georgia

Fee — $10.00

## APPLICATION AND STATEMENT
## OF
## WITHDRAWAL

Pursuant to Section 22-1414 or Section 22-3214 of the Georgia Business Corporation Code.

The name of the corporation is

FLEET FINANCIAL CORPORATION

State of incorporation,     Rhode Island

The corporation is not transacting business in Georgia and hereby surrenders its authority to transact business in Georgia. It hereby revokes the authority of its registered agent in Georgia to accept service of process and consents that service of process in any action, suit or proceeding based upon any cause of action arising in the State of Georgia during the time the corporation was authorized to transact business therein may hereafter be made on the corporation by service thereof on the Secretary of State or his Agent.

The address to which the Secretary of State may mail a copy of any process against the corporation that may be served on him is

| 55 | | Kennedy Plaza | | |
|---|---|---|---|---|
| (Number) | | (Street) | | |
| Providence | Providence | Rhode Island | | 02903 |
| (Post Office) | (City) | (State) | | (Zip) |

RECEIVED 1993 NOV 14 8:36 SECRETARY OF STATE CORPORATIONS DIVISION

RECEIVED 1993 NOV 22 AM 10: 20 SECRETARY OF STATE CORPORATIONS DIVISION

The undersigned president (or vice-president) and secretary (or assistant secretary) of the corporation declare under the penalties of perjury that the facts herein stated are true.

FILED AND ACCEPTED
In the office of
Secretary of State

FLEET FINANCIAL CORPORATION
(Name of corporation)

by  John W. Flynn
(President or Vice-President)

and attested  Edward W. Dance, Jr.
(Secretary or Assistant Secretary)

Received:

Filed:     Date     NOV 2 2 1993

Rev.  4 - 1 - 72  (GA. - 2057 - 12/22/81)



**STATE OF GEORGIA**

**MARCUS E. COLLINS**


**DEPARTMENT OF REVENUE**
**INCOME TAX DIVISION**
TRINITY—WASHINGTON BUILDING
ATLANTA, GEORGIA 30334

October 28, 1983

**JOHN G. CARTER**
Director

Telephone Number:
(404)  656-4191

Person to Contact:
Doris Langley

TO WHOM IT MAY CONCERN:

    ___Fleet Finance, Inc. Rhode Island Corporation___ a qualified foreign corporation, has executed and filed with this department an assumption of tax liability on behalf of ___Fleet Financial Corporation___ and does guarantee to file all Georgia tax returns required of the above named corporation and pay all taxes accrued and owing to the State of Georgia.

                           Sincerely yours,

                           Emily D. Pettit

                           Emily D. Pettit
                           Section Supervisor
                           Corporate Operations

This __28th__ day of __October__, 19_83_

Executed in the presence of

Notary Public, Georgia, State at Large
My Commission Expires May 29, 1986
EDP/dl

# PROCESS SERVER'S

# "EXHIBIT"

# B



**STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS**
*Office of the Secretary of State*

*Edward S. Inman, III, Secretary of State*
*Corporations Division*
*100 North Main Street, Providence, RI 02903-1335*
*401.222.3040*

# PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2003
*Filing Period: January 1 – March 1* ● *Filing Fee: $50.00*

*(FORM MUST BE TYPED IN BLACK)*

*1. Corporate ID No.*
6486

*2. Name of Corporation*
FleetBoston Financial Corporation

*3. Street Address Principal Business Office*
100 Federal Street

*City* Boston  *State* MA  *Zip* 02110

*4. Business Phone No.*
(617)292-2000

*5. State of Incorporation*
Rhode Island

*6. SIC Code*
0000

*7. Brief Description of the Character of Business Conducted in Rhode Island*
Holding Company

**8. NAMES AND ADDRESSES OF THE OFFICERS** *("X" BOX FOR ATTACHMENT)* ☑ FILL IN SPACES BEFORE USING ATTACHMENTS

*President Name*
Eugene McQuade
*Street Address*
100 Federal Street
*City* Boston *State* MA *Zip* 02110

*Vice President Name*
Gary A. Spiess
*Street Address*
100 Federal Street
*City* Boston *State* MA *Zip* 02110

*Secretary Name*
Gary A. Spiess
*Street Address*
100 Federal Street
*City* Boston *State* MA *Zip* 02110

*Treasurer Name*
Douglas L. Jacobs
*Street Address*
100 Federal Street
*City* Boston *State* MA *Zip* 02110

**9. NAMES AND ADDRESSES OF THE DIRECTORS** *("X" BOX FOR ATTACHMENT)* ☑ FILL IN SPACES BEFORE USING ATTACHMENTS

*Director Name*
Joel B. Alvord
*Street Address*
75 Federal Street
*City* Boston *State* MA *Zip* 02110

*Director Name*
Daniel P. Burnham
*Street Address*
c/o Raytheon Co., 141 Spring Street
*City* Lexington *State* MA *Zip* 02421

*Director Name*
William Barnet, III
*Street Address*
507 E. John Street
*City* Spartanburg *State* SC *Zip* 29302

*Director Name*
Paul J. Choquette, Jr.
*Street Address*
c/o Gilbane Building Co., 7 Jackson Walkway
*City* Providence *State* RI *Zip* 02903

**10. SHARES AUTHORIZED** *("X" BOX FOR ATTACHMENT)* ☐
AUTHORIZED SHARES

| Number of Shares | Class/Series | Par Value |
|---|---|---|
| 2,000,000,000 | COMM | $0.01 PAR VALUE |
| 16,000,000 | PREF | $1.00 PAR VALUE |

**11. SHARES ISSUED** *("X" BOX FOR ATTACHMENT)* ☑
ISSUED SHARES

| Number of Shares | Class/Series | Par Value |
|---|---|---|
| See Attachment | | |

*This report must be signed in ink by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee*



6 4 8 6

File Date 2|12|03
Check No. 2512509
By OA
FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

*Signature of Officer* ___ *Date* 02-04-...
Gary A. Spiess
*Print or Type Name of Officer*
**Secretary**
*Title of Officer*

Form 630 12/01

**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**FEE: $125.00**

040018879

NOTE: PLEASE TYPE OR PRINT CLEARLY! INSTRUCTIONS ON OTHER SIDE.

# MASSACHUSETTS FOREIGN CORPORATION ANNUAL REPORT

Federal Identification No. __05-0341324__

1. The *exact* name of the corporation is: __FleetBoston Financial Corporation__

2. The corporation is organized under the laws of: __Rhode Island__

3. Location of its principal office is: __100 Federal Street__
(number and street)

| __Boston__ | __MA__ | __02110__ |
|---|---|---|
| (city or town) | (state) | (zip) |

4. The location of its Massachusetts office, if any: __100 Federal Street__
(number and street)

| __Boston__ | __MA__ | __02110__ |
|---|---|---|
| (city or town) | (state) | (zip) |

5. Name and address of the Resident Agent is: __CT Corporation System__
(name)

| __101 Federal Street__ | __Boston__ | __MA__ | __02110__ |
|---|---|---|---|
| (number and street) | (city or town) | (state) | (zip) |

6. Date of the end of the last fiscal year was: __December__ __31__ __2003__
                                                  (month)      (day)    (year)

7. Check here if the corporation stock is publicly traded: ☒ .

8. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
|---|---|---|---|---|
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | $0.01 | 2,000,000,000 | $20,000,000 | Please see attachment |
| PREFERRED: | $1.00 | 16,000,000 | $16,000 | Please see attachment |

9. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | BUSINESS ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
|---|---|---|---|
| PRESIDENT TREASURER CLERK DIRECTORS | Please see attachment | | Until the next annual meeting and until successors are duly elected and qualified. |

I, the undersigned __Gary A. Spiess__, being the __Secretary__ of the above-named corporation, in compliance with the General Laws, Chapter 181, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this __11th__ day of __February__, 20 __04__.

Signature: _____ Title: __Secretary__

Contact Person: __M. Rebecca Francis__    Contact Person Telephone #: __(401) 278-5560__

**FLEETBOSTON FINANCIAL CORPORATION** (EIN# 05-0341324)

**OFFICERS: ***

| | |
|---|---|
| Charles K. Gifford | Chairman and Chief Executive Officer |
| Eugene M. McQuade | President and Chief Operating Officer |
| H. Jay Sarles | Vice Chairman and Chief Administrative Officer |
| Anne M. Finucane | Executive Vice President |
| Robert C. Lamb, Jr. | Executive Vice President and Chief Financial Officer |
| Brian T. Moynihan | Executive Vice President |
| Joseph A. Smialowski | Executive Vice President |
| M. Anne Szostak | Executive Vice President |
| Bradford H. Warner | Executive Vice President |
| Gary A. Spiess | Executive Vice President, Secretary and General Counsel |
| Terrence P. Laughlin | Senior Vice President |
| Kenneth Sax | Senior Vice President and Chief Risk Officer |
| Joseph R. Dewhirst | Senior Vice President and Treasurer |
| John Rodehorst | Assistant Treasurer |
| Edwin J. Santos | Vice President and Chief Auditor |
| Robert L. Klivans | Assistant Secretary and Deputy General Counsel |
| Janice B. Liva | Assistant Secretary and Deputy General Counsel |
| Lauren Mogensen | Assistant Secretary and Deputy General Counsel |
| Ernest Lee Puschaver | Chief Accounting Officer |

**DIRECTORS:**

Joel B. Alvord, Shawmut Capital Partners, Inc., 75 Federal Street, Boston MA  02109
William Barnet, III, The Barnet Company, 507 E. St. John Street, Spartanburg, SC 29320
Daniel P. Burnham, 6284 San Marcos Pass, Santa Barbara, CA 93105
Paul J. Choquette, Jr., Gilbane Building Company, Seven Jackson Walkway, Providence, RI  02940
John T. Collins, 10 Rowes Wharf, Boston, MA  02110
Kim B. Clark, Harvard Business School, Morgan Hall 125, Soldiers Field Road, Boston, MA 02109
Gary L. Countryman, Liberty Mutual Insurance Company, 175 Berkley Street, Boston, MA 02117
Charles K. Gifford, FleetBoston Financial Corporation, 100 Federal Street, Boston, Ma  02110
Marian L. Heard, 47 Hopewell Farm Road, Natick, MA 01760
Robert M. Kavner, 13th and Carmelo, Carmel By the Sea, CA 93921
Thomas J. May, NSTAR, 800 Boylston Street, Boston, MA 02199
Donald F. McHenry, IRC Group, 1320 19th Street, Suite 410, N.W., Washington, DC 20036
Eugene M. McQuade, FleetBoston Financial Corporation, 100 Federal Street, Boston, Ma  02110
Terrence Murray, FleetBoston Financial Corporation, 100 Federal Street, Boston, Ma  02110
Michael B. Picotte, The Picotte Companies, 20 Corporate Woods Blvd., Suite 600, Albany, NY  12211
Francene S. Rogers, WFD, Inc., 200 Talcott Avenue, West, Watertown, MA 02472
Thomas M. Ryan, CVS, One CVS Drive, Woonsocket, RI  02895
T. Joseph Semrod, FleetBoston Financial Corporation, 301 Carnegie Center, Princeton, NJ 08543
Paul R. Tregurtha, Moran Towing Corporation, 50 Locust Avenue, New Canaan, CT 06840

## FLEETBOSTON FINANCIAL CORPORATION (CONTINUED) (EIN# 05-0341324)

**SHARES AUTHORIZED:**

| | | |
|---|---|---|
| 2,000,000,000 | Common | $.01 Par |
| 16,000,000 | Preferred | $1.00 Par |

**SHARES ISSUED AND OUTSTANDING: \*\***

| | | |
|---|---|---|
| 1,063,133,292 | Common | $ .01 Par |
| 382,450 | 6.75% Perpetual Preferred Series VI | $1.00 Par |
| 700,000 | 6.60% Fixed/Adjustable Cumulative | |
| | Preferred Series VII | $1.00 Par |

\*For the purpose of this Annual Report, the mailing address for the officers is: 100 Federal Street, Boston, MA  02110
\*\*Information provided as of 12/31/2003



**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**FEE: $125.00**

030009578

NOTE: PLEASE TYPE OR PRINT CLEARLY! INSTRUCTIONS ON OTHER SIDE.

# MASSACHUSETTS FOREIGN CORPORATION ANNUAL REPORT

Federal Identification No. 05-0341324 / 0005-18838

1. The *exact* name of the corporation is: FleetBoston Financial Corporation

2. The corporation is organized under the laws of: Rhode Island

3. Location of its principal office is: 100 Federal Street
   (number and street)
   Boston (city or town)   MA (state)   02110 (zip)

4. The location of its Massachusetts office, if any: 100 Federal Street
   (number and street)
   Boston (city or town)   MA (state)   02110 (zip)

5. Name and address of the Resident Agent is: CT Corporation System
   (name)
   101 Federal Street (number and street)   Boston (city or town)   MA (state)   02110 (zip)

6. Date of the end of the last fiscal year was: December (month)   31 (day)   2002 (year)

7. Check here if the corporation stock is publicly traded: ☒ .

8. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
|---|---|---|---|---|
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | $0.01 | 2,000,000,000 | $20,000,000 | Please see attachment |
| PREFERRED: | $1.00 | 16,000,000 | $16,000 | Please see attachment |

9. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | BUSINESS ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
|---|---|---|---|
| PRESIDENT TREASURER CLERK DIRECTORS | Please see attachment | | Until the next annual meeting and until successors are duly elected and qualified. |

I, the undersigned Gary A. Spiess , being the Secretary of the above-named corporation, in compliance with the General Laws, Chapter 181, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this 5 day of February , 20 03 .

Signature: _____   Title: Secretary

Contact Person: M. Rebecca Francis   Contact Person Telephone #: (401) 278-5560

## FLEETBOSTON FINANCIAL CORPORATION (EIN# 05-0341324)

**OFFICERS:** *

| | |
|---|---|
| Charles K. Gifford | Chairman and Chief Executive Officer |
| Eugene M. McQuade | President and Chief Operating Officer |
| H. Jay Sarles | Vice Chairman and Chief Administrative Officer |
| Anne M. Finucane | Executive Vice President |
| Paul F. Hogan | Chief Risk Officer |
| Robert C. Lamb, Jr. | Executive Vice President, Chief Financial Officer |
| Brian T. Moynihan | Executive Vice President |
| Joseph A. Smialowski | Executive Vice President, Technology/Operations |
| M. Anne Szostak | Executive Vice President |
| Bradford H. Warner | Executive Vice President, Consumer Business |
| Douglas L. Jacobs | Executive Vice President and Treasurer |
| Gary A. Spiess | Executive Vice President, Secretary and General Counsel |
| Terrence P. Laughlin | Senior Vice President |
| Ernest Lee Puschaver | Chief Accounting Officer |
| Kenneth Sax | Chief Credit Officer |
| John Rodehorst | Assistant Treasurer |
| Edwin J. Santos | Director, Corporate Auditing |
| Robert L. Klivans | Assistant Secretary and Deputy General Counsel |
| Marc C. Leslie | Assistant Secretary and Deputy General Counsel |
| Janice B. Liva | Assistant Secretary and Deputy General Counsel |

**DIRECTORS:**

Joel B. Alvord, Shawmut Capital Partners, Inc., 75 Federal Street, Boston MA 02109
William Barnet, III, The Barnet Company, 507 E. St. John Street, Spartanburg, SC 29320
Daniel P. Burnham, Raytheon Company, 141 Spring Street, Lexington, MA
Paul J. Choquette, Jr., Gilbane Building Company, Seven Jackson Walkway, Providence, RI 02940
John T. Collins, 10 Rowes Wharf, Boston, MA 02110
Kim B. Clark, Harvard Business School, Morgan Hall 125, Soldiers Field Road, Boston, MA 02109
Gary L. Countryman, Liberty Mutual Insurance Company, 175 Berkley Street, Boston, MA 02117
T. J. Dermot Dunphy, Kildare Enterprises, LLC, 34 Church Street, Liberty Corner, NJ 07938
Charles K. Gifford, FleetBoston Financial Corporation, 100 Federal Street, Boston, Ma 02110
Marian L. Heard, 47 Hopewell Farm Road, Natick, MA 01760
Robert M. Kavner, 13th and Carmelo, Carmel By the Sea, CA 93921
Thomas J. May, NSTAR, 800 Boylston Street, Boston, MA 02199
Donald F. McHenry, IRC Group, 1320 19th Street, Suite 410, N.W., Washington, DC 20036
Terrence Murray, FleetBoston Financial Corporation, 100 Federal Street, Boston, Ma 02110
Michael B. Picotte, The Picotte Companies, 20 Corporate Woods Blvd., Suite 600, Albany, NY 12211
Francene S. Rogers, WFD, Inc., 200 Talcott Avenue, West, Watertown, MA 02472
Thomas M. Ryan, CVS, One CVS Drive, Woonsocket, RI 02895
T. Joseph Semrod, FleetBoston Financial Corporation, 301 Carnegie Center, Princeton, NJ 08543
Paul R. Tregurtha, Mormac Marine Group, Inc., One Landmark Square, Stamford, CT 06901

FLEETBOSTON FINANCIAL CORPORATION (CONTINUED) (EIN# 05-0341324)

**SHARES AUTHORIZED:**

| | | |
|---|---|---|
| 2,000,000,000 | Common | $.01 Par |
| 16,000,000 | Preferred | $1.00 Par |

**SHARES ISSUED AND OUTSTANDING: \*\***

| | | |
|---|---|---|
| 1,049,832,626 | Common | $ .01 Par |
| 382,450 | 6.75% Perpetual Preferred Series VI | $1.00 Par |
| 700,000 | 6.60% Fixed/Adjustable Cumulative | |
| | Preferred Series VII | $1.00 Par |

\*For the purpose of this Annual Report, the mailing address for the officers is: 100 Federal Street,
Boston, MA  02110
\*\*Information provided as of 01/01/2003



**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**FEE: $85.00**

NOTE: PLEASE TYPE OR PRINT CLEARLY! INSTRUCTIONS ON OTHER SIDE.

020022482

# MASSACHUSETTS FOREIGN CORPORATION ANNUAL REPORT

Federal Identification No. 05-0341324 - 0005/8828

1. The *exact* name of the corporation is: FleetBoston Financial Corporation

2. The corporation is organized under the laws of: Rhode Island

3. Location of its principal office is: 100 Federal Street
(number and street)

Boston _____ MA _____ 02110
(city or town) _____ (state) _____ (zip)

4. The location of its Massachusetts office, if any: 100 Federal Street
(number and street)

Boston _____ MA _____ 02110
(city or town) _____ (state) _____ (zip)

5. Name and address of the Resident Agent is: CT Corporation System
(name)

101 Federal Street _____ Boston _____ MA _____ 02110
(number and street) _____ (city or town) _____ (state) _____ (zip)

6. Date of the end of the last fiscal year was: December _____ 31 _____ 2001
(month) _____ (day) _____ (year)

7. Check here if the corporation stock is publicly traded: ☒ .

8. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
|---|---|---|---|---|
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | $0.01 | 2,000,000,000 | $20,000,000 | Please see attachment |
| PREFERRED: | $1.00 | 16,000,000 | $16,000 | Please see attachment |

9. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | BUSINESS ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
|---|---|---|---|
| PRESIDENT TREASURER CLERK DIRECTORS | Please see attachment | | Until the next annual meeting and until successors are duly elected and qualified. |

I, the undersigned Gary A. Spiess , being the Secretary of the above-named corporation, in compliance with the General Laws, Chapter 181, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this _____ day of February , 20 02

Signature: _____ Title: Executive Vice President & Secretary

## FLEETBOSTON FINANCIAL CORPORATION (EIN# 05-0341324)

**OFFICERS: ***

| | |
|---|---|
| Terrence Murray | Chairman |
| Charles K. Giffford | President and Chief Executive Officer |
| Henrique de Campos Meirelles | President, Global Banking |
| Paul F. Hogan | Vice Chairman and Chief Risk Officer |
| Eugene M. McQuade | Vice Chairman and Chief Financial Officer |
| Peter Manning | Vice Chairman |
| H. Jay Sarles | Vice Chairman, Wholesale Banking |
| T. Joseph Semrod | Vice Chairman |
| Joseph A. Smialowski | Vice Chairman, Technology/Operations |
| Bradford H. Warner | Vice Chairman, Consumer Business |
| Anne M. Finucane | Executive Vice President |
| Brian T. Moynihan | Executive Vice President |
| Gary A. Spiess | Executive Vice President, Secretary and General Counsel |
| Ernest Lee Puschaver | Chief Accounting Officer |
| M. Anne Szostak | Executive Vice President, Human Resources and Diversity |
| Douglas L. Jacobs | Senior Vice President and Treasurer |
| Kenneth Sax | Vice President, Operations Assurance |
| Edwin J. Santos | Director, Corporate Auditing |
| Robert L. Klivans | Assistant Secretary |
| Marc C. Leslie | Assistant Secretary |
| Janice B. Liva | Assistant Secretary |
| Drew J. Pfirrman | Assistant Secretary |

**DIRECTORS:**

Joel B. Alvord, Shawmut Capital Partners, Inc., 75 Federal Street, Boston MA 02109
William Barnet, III, The Barnet Company, 507 E. St. John Street, Spartanburg, SC 29320
Daniel P. Burnham, Raytheon Company, 141 Spring Street, Lexington, MA
Paul J. Choquette, Jr., Gilbane Building Company, Seven Jackson Walkway, Providence, RI 02940
John T. Collins, 10 Rowes Wharf, Boston, MA 02110
Kim B. Clark, Harvard Business School, Morgan Hall 125, Soldiers Field Road, Boston, MA 02109
Gary L. Countryman, Liberty Mutual Insurance Company, 175 Berkley Street, Boston, MA 02117
T. J. Dermot Dunphy, Kildare Enterprises, LLC, 34 Church Street, Liberty Corner, NJ 07938
Alice F. Emerson, 11 Coolidge Road, Arlington, MA 02476
Charles K. Gifford, FleetBoston Financial Corporation, 100 Federal Street, Boston, Ma 02110
Marian L. Heard, 47 Hopewell Farm Road, Natick, MA 01760
Robert M. Kavner, 13th and Carmelo, Carmel By the Sea, CA 93921
Thomas J. May, NSTAR, 800 Boylston Street, Boston, MA 02199
Donald F. McHenry, IRC Group, 1320 19th Street, Suite 410, N.W., Washington, DC 20036
Henrique de Campos Meirelles, FleetBoston Financial Corporation, 100 Federal Street, Boston, Ma 02110
Terrence Murray, FleetBoston Financial Corporation, 100 Federal Street, Boston, Ma 02110
Michael B. Picotte, The Picotte Companies, 20 Corporate Woods Blvd., Suite 600, Albany, NY 12211
Francene S. Rogers, WFD, Inc., 200 Talcott Avenue, West, Watertown, MA 02472
John W. Rowe, Exelon Corporation, 10 South Dearborn Street, Chicago, IL 60603
Thomas M. Ryan, CVS, One CVS Drive, Woonsocket, RI 02895
T. Joseph Semrod, FleetBoston Financial Corporation, 301 Carnegie Center, Princeton, NJ 08543
Paul R. Tregurtha, Mormac Marine Group, Inc., One Landmark Square, Stamford, CT 06901

**FLEETBOSTON FINANCIAL CORPORATION (CONTINUED) (EIN# 05-0341324)**

**HARES AUTHORIZED:**

| | | | |
|---|---|---|---|
| ,000,000,000 | Common | | $.01 Par |
| 16,000,000 | Preferred | $1.00 Par | |

**HARES ISSUED AND OUTSTANDING: ***

| | | |
|---|---|---|
| 919,613,746 | Common    $ .01 Par | |
| 765,010 | 7.25% Perpetual Preferred Series V | $1.00 Par |
| 600,000 | 6.75% Perpetual Preferred Series VI | $1.00 Par |
| 700,000 | 6.60% Fixed/Adjustable Cumulative Preferred Series VII | $1.00 Par |
| 200,000 | 6.59% Fixed/Adjustable NonCumulative Preferred Series VIII | $1.00 Par |

'For the purpose of this Annual Report, the mailing address for the officers is: 100 Federal Street, Boston, MA  02110
'*Information provided as of 01/01/2002

# PROCESS SERVER'S

# "EXHIBIT"

# C

8-K 1 d8k.htm FORM 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of earliest event reported) December 8, 2003

# FLEETBOSTON
# FINANCIAL CORPORATION

(Exact name of registrant as specified in its charter)

### RHODE ISLAND

(State or other jurisdiction of incorporation)

| 1-6366 | 05-0341324 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |
| 100 Federal Street, Boston, MA | 02110 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: 617-434-2200

(Former name or former address, if changed since last report)

---

**Item 5.** **Other Events**

As previously reported, FleetBoston Financial Corporation, a Rhode Island corporation, or "FleetBoston," and Bank of America Corporation, a Delaware corporation, or "Bank of America," have entered into an agreement and plan of merger, dated as of October 27, 2003. The merger agreement provides for the merger of FleetBoston with and into Bank of America with Bank of America the surviving company. The merger will be treated as a purchase by Bank of America under U.S. generally accepted accounting principles, or "GAAP," and is intended to constitute a "reorganization" for U.S. federal income tax purposes.

If the merger is completed, each share of common stock, par value $0.01 per share, of FleetBoston outstanding immediately prior to the effective time of the merger will be converted into 0.5553 of a share of common stock, par value $0.01 per share, of Bank of America. FleetBoston preferred stock will be converted on a one-for-one basis into Bank of America preferred stock having the same terms (to the fullest extent possible) as the FleetBoston preferred stock.

### UNAUDITED PRO FORMA CONDENSED COMBINED FINANCIAL INFORMATION

The following unaudited pro forma condensed combined financial information and explanatory notes present how the combined financial statements of Bank of America and FleetBoston may have appeared had the businesses actually been combined at the beginning of the period presented. The unaudited pro forma condensed combined financial information shows the impact of the merger of Bank of America and FleetBoston on the companies' respective historical financial positions and results of operations under the purchase method of accounting with Bank of America treated as the acquirer. Under this method of accounting, the assets and liabilities of FleetBoston will be recorded at their estimated fair values as of the date the merger is completed. The unaudited pro forma condensed combined financial information combines the historical financial information of Bank of America and FleetBoston as of and for the nine months ended September 30, 2003 and for the year ended December 31, 2002. The unaudited pro forma condensed combined balance sheet as of September 30, 2003 assumes the merger was completed on that date. The unaudited pro forma condensed combined statements of income give effect to the merger as if the merger had been completed on January 1, 2002.

The merger agreement was announced on October 27, 2003 and provides for each outstanding share of FleetBoston common stock, other than shares beneficially owned by FleetBoston and Bank of America, to be converted into the right to receive 0.5553 of a share of Bank of America common stock. Shares of FleetBoston preferred stock will be converted on a one-for-one basis into Bank of America preferred stock having the same terms (to the fullest extent possible) as the FleetBoston preferred stock, except in the case of shares held by stockholders who validly perfect dissenters' appraisal rights.

This unaudited pro forma condensed combined financial information should be read in conjunction with:

- Bank of America's separate historical unaudited financial statements as of and for the three and nine months ended September 30, 2003 included in Bank of America's Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2003;

- Bank of America's separate historical financial statements as of and for the year ended December 31, 2002 included in Bank of America's Annual Report on Form 10-K for the year ended December 31, 2002;

- FleetBoston's separate historical unaudited financial statements as of and for the three and nine months ended September 30, 2003 included in FleetBoston's Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2003; and

- FleetBoston's separate historical financial statements as of and for the year ended December 31, 2002 included in FleetBoston's Annual Report on Form 10-K for the year ended December 31, 2002.

The unaudited pro forma condensed combined financial information is presented for illustrative purposes only and does not indicate the financial results of the combined companies had the companies actually been combined at the beginning of each period presented and had the impact of possible revenue enhancements, expense efficiencies, asset dispositions and share repurchases, among other factors, been considered. As explained in more detail below in the notes to the unaudited pro forma condensed combined financial information, Bank of America's allocation of the purchase price reflected in the pro forma condensed combined financial information is subject to adjustment.

2

# PROCESS SERVER'S

# "EXHIBIT"

# D

## IN THE SUPERIOR COURT OF FULTON COUNTY

### STATE OF GEORGIA

FILED IN OFFICE

JAN 1 4 2005

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| | |
|---|---|
| **TONY L. WARE, CEO and** | ) |
| **T. L. WARE BOTTLING CO., INC.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) **CIVIL ACTION** |
| | ) **FILE NUMBER: 2004CV94553** |
| **FLEETBOSTON FINANCIAL CORP.** | ) |
| **F/K/A BANKBOSTON CORP.** | ) **RETURN OF SERVICE OF PROCESS** |
| | ) |
| **Defendant.** | ) |

---

## RETURN OF SERVICE OF PROCESS

**COMES NOW, HARRY J. MATHIS,** Court Appointed Process Server in the above-styled civil action and files this RETURN OF SERVICE OF PROCESS on the above-named Defendant **FLEETBOSTON FINANCIAL CORPORTION** f/k/a **BANKBOSTON CORPORATION** within the statute of limitation and pursuant to the law of this State under O.C.G.A. § 14-2-1520(c) by stating the following under oath to wit:

1. That I am **HARRY J. MATHIS** and that I do certify under oath that I have personally served the above-named Defendant on **December 10TH, 2004** with the Summons, Complaint and Plaintiffs' Request for Admissions by serving the Georgia Secretary of State at the following address to wit:

FLEETBOSTON FINANCIAL CORPORTION f/k/a
BANKBOSTON CORPORATION
c/o Cathy Cox, Georgia Secretary of State
2 Martin Luther King Jr., Drive, N.E., Suite 315
ATLANTA, GEORGIA 30334

**IN WITNESS AND TESTIMONY HEREOF,** This RETRUN OF SERVICE is made under oath and is true and correct and is further made upon my personal knowledge, information and belief.  Further Affiant say Not.

**Page 1**

On this _____29th_____, day of ___December___, 2004.

Respectfully Submitted,

_Harry J Mathis_

**Harry J. Mathis, Process Server**

**Process Server's Address:**

*HARRY J. MATHIS*
*5490 Hunters Forest Lane*
*COLLEGE PARK, GEORIGA 30349*

**Sworn to and Subscribed before Me,**
**This** 29th **day of** _December_ **, 2004.**

_Sylvia R. Harrison_
**STATE NOTARY PUBLIC OFFICER**

SYLVIA R. HARRISON
Notary Public, Clayton County, Georgia
My Commission Expires March 19, 2007

**My Commission Expire On.**

Page 2