

## Search Results

Information current as of 3/18/2005

Records 1 - 3 of 3 Total Records Found

*Click here for an explanation of terms*

---

**BANK OF AMERICA CORPORATION (FOREIGN PROFIT)**  *Officers*
401 N TRYON ST NC1-021-02-20
CHARLOTTE, NC 28255

| Control # | Status | | Filing Date | Last AR Paid | Jurisdiction |
|---|---|---|---|---|---|
| K836998 | ACTIVE/COMPLIANCE | | 10/07/1998 | 01/25/2005 | DELAWARE |
| Registered Agent | | Agent Address | | | Agent County |
| C T CORPORATION SYSTEM | | 1201 PEACHTREE ST. | ATLANTA, GA 30361 | | FULTON |

---

**BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. (FOREIGN PROFIT)**  *Officers*
401 N TRYON ST NC1 021 02-20
CHARLOTTE, NC 28255

| Control # | Status | | Filing Date | Last AR Paid | Jurisdiction |
|---|---|---|---|---|---|
| K106714 | ACTIVE/COMPLIANCE | | 03/20/1991 | 01/25/2005 | DELAWARE |
| Registered Agent | | Agent Address | | | Agent County |
| C.T. CORPORATION SYSTEM | | 1201 PEACHTREE ST NE | ATLANTA, GA 30361 | | FULTON |

---

**THE BANK OF AMERICA FOUNDATION, INC. (DOMESTIC NON-PROFIT)**  *Officers*
100 NORTH TRYON ST
CHARLOTTE, NC 28255

| Control # | Status | | Filing Date | Last AR Paid | Jurisdiction |
|---|---|---|---|---|---|
| K844595 | ACTIVE/COMPLIANCE | | 12/07/1998 | 01/26/2005 | GEORGIA |
| Registered Agent | | Agent Address | | | Agent County |
| CT CORPORATION SYSTEM | | 1201 PEACHTREE ST NE | ATLANTA, GA 30361 | | FULTON |

---

**New Search**