FILED IN CLERK'S OFFICE
J.S.D.C.-Atlanta

APR - 1 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY L. WARE, CEO and            )
T. L. WARE BOTTLING COMPANY,     )
INC.                             )
                                 )
            Plaintiffs,          )
                                 )
v.                               ) Civil Action
                                 ) File No. 1:05-CV-0426MHS
FLEETBOSTON FINANCIAL CORP.,     )
f/k/a BANKBOSTON CORP.,          )
                                 )
            Defendant.           )
                                 )
_____  )

## DEFENDANT'S FIRST SUPPLEMENTAL APPENDIX

Exhibit O    Certificates of Service for Plaintiffs' March 15, 2005 filings

Exhibit P    Copy of envelope sent March 25, 2005 via First Class Mail, addressed to William J. Holley, Esq. from Johnson and Associates, P.C.

Exhibit Q    Third Affidavit of Martha R. Francis

Exhibit R    Original Georgia Secretary of State Certificates of Fact showing no records for "FleetBoston Financial Corporation, a Rhode Island Corporation" and "FleetBoston Financial Corporation of Rhode Island"

Exhibit S    Affidavit of Ladisa Robinson, Fulton County Superior Court Clerk's Office

Exhibit T    Statement from Sherie M. Welch, Clerk of the Supreme Court of Georgia

Exhibit U    Original Georgia Secretary of State Certificate of Fact showing Plaintiff T. L. Ware Bottling Company, Inc. administratively dissolved as of 11/09/02

401799.1
001204-00415

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**


By: _____
    William J. Holley, II
    Georgia Bar No. 362310
    Nancy H. Baughan
    Georgia Bar No. 042575
    Michael D. Grider
    Georgia Bar No. 310473

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404)523-5300 (telephone)
(404)420-5549 (facsimile)      Attorneys for FleetBoston
                               Financial Corporation