**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 15 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| TONY L. WARE, CEO and ) | |
| T. L. WARE BOTTLING CO., INC., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION FILE NUMBER: |
| ) | |
| FLEETBOSTON FINANCIAL CORP. ) | 1 : 0 5 - C V - 0 4 2 6 - M H S |
| F/K/A BANKBOSTON CORP. ) | |
| ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

**COMES NOW, MICHAEL R. JOHNSON, SR.,** Attorney for the Plaintiff T.L. Ware Bottling Company, Inc., with the consent of Plaintiff Tony L. Ware and certify that I have served FleetBoston Financial Corporation of Delaware with a copies of Plaintiffs' MOTION TO DISMISS AND REMAND, MEMERANDUM OF LAW, Affidavits, and other documents filed by the Plaintiffs in this action on the following person:

Mr. William J. Holley, Esq.
285 Peachtree Center Ave, N.E., 1500 Marquis Tower
ATLANTA, GEORGIA 30303

This _____15th_____, day of _____MARCH_____, 2005.

**Respectfully Submitted,**

_/s/ Michael R. Johnson_

**Michael R. Johnson, Sr.
Attorneys for the Plaintiff
Georgia Bar No. 395056**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING CO., INC.,<br><br>Plaintiffs,<br>vs.<br><br>FLEETBOSTON FINANCIAL CORP.<br>F/K/A BANKBOSTON CORP.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NUMBER:<br>) 1:05-CV-0426-MHS<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

## CERTIFICATE OF SERVICE

**COMES NOW, TONY L. WARE, CEO** the Plaintiff in the above-styled civil action and hereby certify that I have served the Defendant's Attorney with a copies of STATEMENTS BY TONY L. WARE, FROM THE HOLY GHOST on all persons connected with this civil matter and on the following person to wit:

Mr. William J. Holley, Esq.
285 Peachtree Center Ave, N.E., 1500 Marquis Tower
ATLANTA, GEORGIA 30303

This _15th_ day of _March_, 2005.

Respectfully Submitted in Jesus Name

_[signature]_

Tony L. Ware, CEO, Plaintiff

P.O. Box 150524-Dept. 0227
Atlanta, Georgia 30315-0188
(404) 945-0342