




**FIRST CLASS MAIL**



```
           U.S. POSTAGE
              PAID
AMOUNT    ATLANTA, GA
            30315
 $2.66   MAR 25, 05
         00060055-06
            30303
```

UNITED STATES POSTAL SERVICE

0000

Mr. William J. Holley, Esq.
 Center Ave, N.E., 1500 Marquis Tower
TLANTA, GEORGIA 30303





