Search Results Case 1:05-cv-00426-MHS  Document 20-5  Filed 04/01/05  Page 1 of 2  Page 1 of 1



## Search Results

Information current as of 3/18/2005

Records 1 - 3 of 3 Total Records Found

*Click here for an explanation of terms*

---

**BANK OF AMERICA CORPORATION (FOREIGN PROFIT)**  *Officers*
401 N TRYON ST NC1-021-02-20
CHARLOTTE, NC 28255

| Control # | Status | | Filing Date | Last AR Paid | Jurisdiction |
|---|---|---|---|---|---|
| K836998 | ACTIVE/COMPLIANCE | | 10/07/1998 | 01/25/2005 | DELAWARE |
| Registered Agent | | Agent Address | | | Agent County |
| C T CORPORATION SYSTEM | | 1201 PEACHTREE ST. | ATLANTA, GA 30361 | | FULTON |

**BANK OF AMERICA TECHNOLOGY AND OPERATIONS, INC. (FOREIGN PROFIT)**  *Officers*
401 N TRYON ST NC1 021 02-20
CHARLOTTE, NC 28255

| Control # | Status | | Filing Date | Last AR Paid | Jurisdiction |
|---|---|---|---|---|---|
| K106714 | ACTIVE/COMPLIANCE | | 03/20/1991 | 01/25/2005 | DELAWARE |
| Registered Agent | | Agent Address | | | Agent County |
| C.T. CORPORATION SYSTEM | | 1201 PEACHTREE ST NE | ATLANTA, GA 30361 | | FULTON |

**THE BANK OF AMERICA FOUNDATION, INC. (DOMESTIC NON-PROFIT)**  *Officers*
100 NORTH TRYON ST
CHARLOTTE, NC 28255

| Control # | Status | | Filing Date | Last AR Paid | Jurisdiction |
|---|---|---|---|---|---|
| K844595 | ACTIVE/COMPLIANCE | | 12/07/1998 | 01/26/2005 | GEORGIA |
| Registered Agent | | Agent Address | | | Agent County |
| CT CORPORATION SYSTEM | | 1201 PEACHTREE ST NE | ATLANTA, GA 30361 | | FULTON |

**New Search**

http://167.193.196.7/cgi-bin/corp.asp?CorporationName=bank+of+america   3/21/2005

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING ORIGINAL THIRD AFFIDAVIT OF MARTHA R. FRANCIS** upon all parties to this matter by causing to be deposited in the U.S. Mail, proper postage prepaid, a true copy of same addressed as follows:

> Michael R. Johnson, Sr. **(also served via courier)**
> Johnson & Associates, P.C.
> 340 West Peachtree Street, N.E.
> Suite 200
> Atlanta, Georgia 30308
>
> Dr. Tony L. Ware, PhD, JD
> Post Office Box 150524 - Dept. 0227
> Atlanta, Georgia 30315

This __1st__ day of April, 2005.

_____
William J. Holley, II

401566.1