# Secretary of State
## Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

DOCKET NUMBER : 050821247
PRINT DATE    : 03/23/2005
FORM NUMBER   : 218

PARKER HUDSON RANIER & BOSTON LLP
NANCY BAUGHAN
1500 MARQUIS TWR II 285 PEACHTREE CNTR AVE
ATLANTA, GA. 30303

## CERTIFICATE OF FACT

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that the automated database for business entites has been searched and that the following named entity was not found filed of record as of the date stated above.

**"FLEETBOSTON FINANCIAL CORPORATION A RHODE ISLAND CORPORATION"**

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated within.

SPECIAL NOTICE: Prior to July 1, 1998 certificates of Georgia limited partnership were not filed with the Secretary of State but were filed with the clerks of superior court of the county of the partnership's principal place of business.



Cathy Cox
Secretary of State

# Secretary of State
## Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

DOCKET NUMBER : 050821247
PRINT DATE       : 03/23/2005
FORM NUMBER   : 218

PARKER HUDSON RANIER & BOSTON LLP
NANCY BAUGHAN
1500 MARQUIS TWR II 285 PEACHTREE CNTR AVE
ATLANTA, GA. 30303

## CERTIFICATE OF FACT

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that the automated database for business entites has been searched and that the following named entity was not found filed of record as of the date stated above.

**"FLEETBOSTON FINANCIAL CORPORATION OF RHODE ISLAND"**

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated within.

SPECIAL NOTICE: Prior to July 1, 1998 certificates of Georgia limited partnership were not filed with the Secretary of State but were filed with the clerks of superior court of the county of the partnership's principal place of business.

Cathy Cox
Secretary of State