

# Supreme Court
# State of Georgia

NORMAN S. FLETCHER, CHIEF JUSTICE
LEAH WARD SEARS, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
    JUSTICES

STATE JUDICIAL BUILDING
Atlanta 30334

SHERIE M. WELCH, CLERK
WM. SCOTT HENWOOD, REPORTER

March 25, 2005

To Whom It May Concern:

RE:  Tony L. Ware, CEO and T.L. Ware Bottling Co., Inc. v. FleetBoston Financial Corp. f/k/a BankBoston Corp.

I am the Clerk of the Supreme Court of Georgia.

As of this date, the records of the Supreme Court of Georgia do not contain a pending appeal styled *Tony L. Ware, CEO and T.L. Ware Bottling Co., Inc. v. FleetBoston Financial Corp. f/k/a BankBoston Corp.* from the Superior Court of Fulton County, Civil Action No. 2004 CV 94553.

Sherie M. Welch, Clerk