# Secretary of State
## Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

DOCKET NUMBER : 050910845
PRINT DATE      : 04/01/2005
FORM NUMBER   : 218

PARKER HUDSON RAINER & DOBBS LLP
WILLIAM HOLLEY
285 PEACHTREE CNTR AVE 1500 MARQUIS TWO TWR
ATLANTA, GA. 30303

## CERTIFICATE OF FACT

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

**Effective September 19, 1989, T.L. WARE BOTTLING COMPANY, INC., a domestic profit corporation filed articles of incorporation.**

**Said above entity was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or revoked by the Office of Secretary of State effective November 9, 2002, for failure to file its annual registration.**

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated within.



Cathy Cox
Secretary of State

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT'S FIRST SUPPLEMENTAL APPENDIX** upon all parties to this matter by causing to be deposited in the U.S. Mail, proper postage prepaid, a true copy of same addressed as follows:

> Michael R. Johnson, Sr.
> Johnson & Associates, P.C.
> 340 West Peachtree Street, N.E.
> Suite 200
> Atlanta, Georgia 30308
>
> Dr. Tony L. Ware, PhD, JD
> Post Office Box 150524 - Dept. 0227
> Atlanta, Georgia 30315

This 1st day of April, 2005.

_____
William J. Holley, II

401799.1
001204-00415