FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 23 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, CEO and<br>T. L. WARE BOTTLING CO., INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>FLEETBOSTON FINANCIAL CORP.<br>F/K/A BANKBOSTON CORP.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NUMBER:<br>)<br>) **1: 0 5 - C V - 0 4 2 6 - M H S**<br>)<br>) **NOTICE OF APPEAL**<br>) |

## NOTICE OF APPEAL

**COMES NOW, TONY L. WARE, CEO** and **T.L. WARE BOTTLING COMPANY, INC.**, all Plaintiffs in the above-styled civil action pursuant to Federal Rules of Appellate Procedure, FRAP Rule 4(a)(1)(A) do hereby appeals to the Eleventh Circuit Court of Appeals from the void Orders entered on May 26th, 2005 by this Court. The Plaintiffs maintain that this Court lacks subject matter jurisdiction in this case to issue any orders in this case under the *Rooker-Feldman* doctrine.

This _23rd_ day of _June_, 2005.

Respectfully Submitted By:

_/s/ Michael R. Johnson_
Michael R. Johnson, Sr.
Attorney for the Plaintiff
Georgia Bar No. 395056
Johnson & Associates, P. C.
340 West Peachtree Street, N.E.
Suite 200
Atlanta, Georgia 30308

Respectfully Submitted By:

_/s/ Tony L. Ware_
Tony L. Ware, JD, Plaintiff
Chairman & CEO
P. O. Box 150524-Dept. 0227
Atlanta, Georgia 30315-0188
(404) 945-0342

```
        U.S. District Court
    Northern District of Georgia
         Atlanta Division
    75 Spring St SW, Atl, GA 30335
         MICHAEL R. JOHNSON SR

   # 530599  JW    6/23/2005 @ 15:22
   ----------------------------------
   Check                      150.00
   Fund:510000
   MICHAEL R. JOHNSON SR
   1:05-CV-426-MHS
   Check                      100.00
   Fund:086900
   MICHAEL R. JOHNSON SR
   1:05-CV-426-MHS
   Cash                         5.00
   Fund:086900
   MICHAEL R. JOHNSON SR
   1:05-CV-426-MHS
   ----------------------------------
   Total                      255.00
   Tendered                   270.00
   Change                      15.00
```