**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TONY L. WARE, CEO and T.L. WARE BOTTLING CO., INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FLEETBOSTON FINANCIAL CORPORATION f/k/a BankBostos Corporation, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:05-cv-426-MHS |

**J U D G M E N T**

This action having come before the court, Honorable Marvin H. Shoob, Senior United States District Judge, for consideration of defendant's request for sanctions to be imposed on plaintiff Tony L. Ware and his attorney Michael R. Johnson, Sr., and the court having granted said request, it is

**Ordered and Adjudged** that judgment is entered in the amount of $99,032.55 in favor of defendant Fleet Boston Financial Corp. and against plaintiff Tony L. Ware and his attorney, Michael R. Johnson, Sr., jointly and severally.       Dated at Atlanta, Georgia, this 12th day of December, 2005.

                                                  LUTHER D. THOMAS
                                                  CLERK OF COURT

                                        By:   s/E. Rivera
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 12, 2005
Luther D. Thomas
Clerk of Court

By:   s/E. Rivera
      Deputy Clerk