**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 13 2006

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

October 12, 2006

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA GA 30303-3318

**Appeal Number: 05-13565-FF**
Case Style: Tony L. Ware v. Fleetboston Financial Corp.
District Court Number: 05-00426 CV-MHS-1

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Marcus Simmons (404) 335-6175

c: District Court Judge

MDT-4 (12-2005)